**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

NEU SOLUTIONS FACILITIES
SERVICES, LLC

V. C.A. NO. 05-006L

A.C. MOORE INCORPORATED;
JAMES MITCHELL;
BLUE CHIP SERVICES, LTD;
INFINITY CLEANING SERVICES, INC. AND
JOSEPH J. LOMBARDI

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**
**FOR DECLARATORY RELIEF AND**
**PRELIMINARY INJUNCTION**
**PURSUANT TO RULES 57 AND 65(a) FED. R. CIV. P.**

Plaintiff, Neu Solutions moves this Honorable Court for a TEMPORARY RESTRAING IN ORDER for declaratory relief and preliminary injunction pursuant to Rules 57 and 65(a). The basis is the actual and anticipatory breach of contract. Neu Solutions is facing lose of $232,500 in cleaning equipment or incurring thousands of dollars to move and store equipment absent restraint before January 31, 2005. Neu Solutions faces irreparable harm under the exigent circumstances of this situation. Neu Solutions' Memorandum and Verified Complaint accompany this Motion.

Plaintiff, by its Attorney

Stephen R. White, Esquire # 2372
200 Centerville Road, Suite #1
Warwick, Rhode Island 02886
1-401-732-3939 (*voice*)
1-401-737-0028 (*fax*)

Certification: I certify I provided a copy of the within by service of process on all Defendants at the time of serving the summons, verified complaint, motion for preliminary injunction and memorandum in support of motion for preliminary injunction

3