AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Neu Solutions Facilities Services, Inc.

V.

A.C. Moore Inc.; James Mitchell; Blue Chip Services; Infinity Cleaning; & James Lombardi

**SUMMONS IN A CIVIL ACTION**

CA 05 006 L

CASE NUMBER:

TO: (Name and address of Defendant)

A.C. Moore, Incorporated
300 Quaker Lane
Warwick, Rhode Island

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen R. White, Esq.
200 Centerville Road, Suite 1
Warwick, RI 02886

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1-7-05

(By) DEPUTY CLERK

(4)

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/7/05 |
| NAME OF SERVER (PRINT) RICHARD W. HOWE | TITLE RI STATE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): SERVICE ACCEPTED BY JOHN PARKER, AGENT FOR SERVICE FOR A.P. MOORE INC

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/7/05 (Date) — Richard W. Howe (*Signature of Server*)

P.O. Box 7848 Cumberland, R.I. 02864 (*Address of Server*)

2005 JAN 14 A 10:10

DISTRICT COURT OF RHODE ISLAND

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRIC OURT DISTRICT OF RHODE ISLAND

ex No. CA 05 006L

Neu Solutions Facilities Services, Inc.

, Plaintiff(s)

- against -

A.C. Moore, Inc.; James Mitchell; Blue Chip Services; Infinity Cleaning; & James Lombardi

, Defendant(s)

State of New Jersey )
) SS.:
County of Union )

AFFIDAVIT OF SERVICE

John Hiltwine being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New Jersey. That on 01/13/2005 at 10:00 AM at:

A.C. Moore, Inc.
130 AC Moore Dr.
Berlin NJ 08009

Deponent served the:

Summons In A Civil Action Plaintiff's Motion for Temporary Restraining Order for Declaratory Relief and Preliminary Injunction Pursuant to Rules 57 and 65 (a) Fed. R. Civ. P.; Plaintiff's Motion for Declaratory Reliefe and Preliminary Injunction Pursuant to Rules 57 and 65(a) Red.R. Civ. P.;Plaintiff's Memorandum in Support of Its Motion for Declaratory Relief and Preliminary Injunction Pursuant to Rules 57 and 65(a) Fed. R. Civ. P.; Verified Complaint; Plaintiff's Motion for Temporary Restraining Order for Declaratory Relief and Preliminary Injunction Pursuant to Rules 57 and 65(a) Fed. R. Civ. P.

on A.C. Moore, Inc.

a domestic and/or foreign corporation by delivering thereat a true copy to James Mitchell personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the Authorized Agent and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 50 HEIGHT: 5'7'' WEIGHT: 175 HAIR: BROWN RACE: WHITE SEX: MALE

John Hiltwine License #

SWORN TO BEFORE ME 1-18-05

OUR DOC# 6063
Law Offices of Stephen R. White
200 Centerville Rd. Ste #1
Warwick RI 02886
401-732-3939

HOWARD APPEL
NOTARY PUBLIC OF NEW JERSEY
ID # 2139
My Commission Expires Sept. 17, 2007

FILED
2005 FEB -9 A 10 21
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND