UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEU SOLUTIONS FACILITIES SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>A.C. MOORE INCORPORATED; JAMES MITCHELL; BLUE CHIP SERVICES, LTD; INFINITY CLEANING SERVICES, INC; JOSEPH J. LOMBARDI<br><br>Defendants. | ) | C.A. No. 05-006L |

**DECLARATION OF JAMES MITCHELL**
**IN OPPOSITION TO PLAINTIFF NEW SOLUTIONS FACILITIES**
**SERVICES, LLC'S MOTION FOR TEMPORARY RESTRAINING ORDER**

1. I am the Director of Store Planning for A.C. Moore Incorporated ("A.C. Moore"), a Delaware corporation with its principal place of business located in Berlin, New Jersey.

2. A.C. Moore owns and operates approximately 90 to 100 retail arts and crafts stores located throughout the eastern Unites States. As Director of Store Planning, I am responsible for ensuring that these retail stores are adequately cleaned.

3. Approximately 85% of our customers are women. In our experience, the cleanliness of our stores is of the utmost importance to our customers, and plays a significant role in the customer's decision whether to shop at A.C. Moore. Moreover, a bad experience at one store may discourage the customer from shopping at <u>any</u> A.C. Moore store.

4. In August 2004, A.C. Moore entered into a national store cleaning contract (the "Contract") with Neu Solutions Facilities Services, LLC ("Neu Solutions"), after placing the business up for bid. The start date of the Contract was September 3, 2004.

5. Shortly after it began performing cleaning services for A.C. Moore under the Contract, a number of problems arose with respect to Neu Solutions' performance. These problems included the following:

(a) Well over one-fourth of our stores experienced problems with and complained to me about the cleaning services provided by Neu Solutions (or its subcontractors). The problems included poor cleaning quality; the

7

failure to appear for cleaning at all; the failure to follow-up or respond to complaints made by particular A. C. Moore stores; and so forth. Exhibit A to this declaration consists of 57 different emails I received from 29 different A. C. Moore stores – all of which complain about the poor cleaning services these stores received from Neu Solutions and/or its subcontractors. I also received many additional complaints from our stores by telephone. I have given my attorneys a number of pictures which document the poor cleaning job done by Neu Solutions personnel at a number of these stores.

(b) At a number of stores, Neu Solutions failed to ensure that adequate cleaning supplies were on hand to perform the necessary cleaning services. On several occasions, A.C. Moore was contacted directly by cleaners regarding the lack of supplies on hand, even though it was the obligation of Neu Solutions (or its subcontractors) to provide its employees with the necessary supplies to do their jobs.

(c) Thirty of our stores have reported to me by e-mail that Neu Solutions never sent a supervisor to the store, or sent a supervisor only once – to introduce himself as the contract began. No Neu Solutions supervisor inspected the work actually performed at these 30 stores.

(d) Beginning in October 2004 and continuing for weeks thereafter, on dozens of occasions I reported these problems to Neu Solutions and asked that they be corrected. Sometimes I reported these problems by telephone; on other occasions in person; and on still other occasions by email. Exhibit B to this declaration consists of 23 different emails I sent to Neu Solutions to report problems with the cleaning services we were receiving in our stores. The problems I reported were promptly corrected on only a few occasions. On other occasions it took several days to weeks to get the problems corrected, and on other occasions the problems were never corrected.

(e) A number of the subcontractors that Neu Solutions retained in order to implement the Contract have reported to A. C. Moore that they have not been paid by Neu Solutions. For example, Anthony Harris of American Perfect Care told me two weeks ago that his company has not been paid by Neu Solutions. Several days ago another subcontractor, Dirt Hunters Janitorial Service, sent A. C. Moore a 26-page fax in which Dirt Hunters asserts that it is owed $8,644 from Neu Solutions for cleaning A. C. Moore stores, and states that it can no longer pay its employees to clean our stores. Blue Chip Cleaning Services, Inc., one of the largest subcontractors retained by Neu Solutions, has also informed A. C. Moore that it is owed a significant amount of money from Neu Solutions.

(f) One important part of the Contract called for Neu Solutions to implement a "Daily Ticket System," by which a daily record of store cleaning

services and the quality thereof could be communicated between A.C. Moore and Neu Solutions. Under the Contract, this system was supposed to be implemented in October 2004. It was not implemented until November 2004.

6. I understand that Neu Solutions has submitted a grid in support of its claims that purports to show that Neu Solutions' performance of cleaning services under the Contract was generally satisfactory to A.C. Moore based on comments by its store managers. I did not prepare this grid and do not know how it was prepared. I question its accuracy, however, because in the past, I have noticed discrepancies between the numerical ratings which our individual stores give to Neu Solutions' cleaning performance, and the summaries of these ratings prepared by Neu Solutions. In any event, it is certainly not true that A. C. Moore was satisfied with the poor performance it received from Neu Solutions.

7. Because of Neu Solutions' very poor performance under the Contract, on December 29, 2004 I notified Neu Solutions that A. C. Moore was terminating the Contract effective January 29, 2005. To replace Neu Solutions, A.C. Moore recently executed a new contract with Infinity Cleaning Services, Inc. ("Infinity") to provide cleaning services at certain of its retail stores beginning in February 2005. To my knowledge, there is no non-compete agreement between Infinity and Neu Solutions, and there is no legal impediment to A. C. Moore's entering into this agreement with Infinity.

8. I understand that Neu Solutions has requested that this Court enter a temporary restraining order which would force A. C. Moore to continue doing business with Neu Solutions after January 30, 2005. A. C. Moore strongly objects to this request. Issuing a restraining order to this effect would cause irreparable injury to A. C. Moore, because it would mean our stores would continue to suffer from incompetent cleaning services – a factor which drives away customers. Moreover, the subcontractors who are owed money by Neu Solutions (such as Dirt Hunters Janitorial Service) are at the point of quitting, or can no longer pay their own employees. Allowing Neu Solutions to continue performing the Contract will almost guarantee that these subcontractors will stop work at our stores – a development that would leave A. C. Moore with no cleaning services at all. This would be disastrous.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed in Berlin, New Jersey on January 17, 2005.

James Mitchell



PRV_PRV_704361_1

## EA User

**From:** Store 008 Store PC
**Sent:** Saturday, November 06, 2004 12:48 PM
**To:** Jim Mitchell
**Subject:** Floor Service

Jim,

Update on our floors:

1. We were scheduled for a scrub and resurface in October. Our Team had half the sales floor cleared in preparation and no one showed up to do the floors. This caused us several hours of wasted work. Nue Solutions apologized and said they would call back to reschedule and we haven't heard back since.

2. When I tried to point out some of the sub-standard work that our daily floor person was doing, he got upset and said that he can't do a good enough job in the three hours he is allotted. He is not cleaning the floors properly and this morning was actually running with the buffer to try to finish on time. Maybe he needs additional training - in my opinion, a store of this size needs additional time or maybe two people. The store is much larger than most and, being an $11 million store, we get far more traffic than an average store.

Thanks,

Tom Frailey

EXHIBIT
A

**EA User**

**From:** Mike Kott
**Sent:** Friday, December 03, 2004 9:09 PM
**To:** Jim Mitchell

JIM ,
STORE #12 IS HAVING PROBLEM WITH THE QUALITY OF THEIR FLOOR SERVICE. IT IS MY UNDERSTANDING THAT THE STORE HAS BEEN FAXING THE DAILY WORK TICKETS STATING THE POOR PERFORMANCE.
PLEASE HELP !! THANKS MIKE K

**EA User**

**From:** Jim Mitchell
**Sent:** Thursday, December 02, 2004 4:52 PM
**To:** Store 014 Store PC
**Subject:** RE: PROPANE TANK

Alan,

I'll get this straightened out...Jim

-----Original Message-----
**From:** **Store 014 Store PC**
**Sent:** Thursday, December 02, 2004 4:35 PM
**To:** Facilities; Jim Mitchell
**Cc:** Dave Bellumori
**Subject:** PROPANE TANK

JIM,
NEU SOLUTIONS LEAVES THE PROPANE TANK IN MY OFFICE. I WOULD LIKE FOR THE FLOOR CLEANER MAN TO TAKE IT WITH HIM. I ASKED BOTH NEU SOLUTIONS AND THE FLOOR CLEANER MAN TO TAKE CARE OF THIS PROBLEM BUT, THE TANK IS STILL IN MY OFFICE. CAN YOU ASK THEM NICELY TO START TAKING IT AWAY WHEN NOT IN USE? THANKS! ALAN @ #14

| **Tracking:** | **Recipient** | **Read** |
| --- | --- | --- |
| | Store 014 Store PC | Read: 12/2/2004 6:02 PM |

**EA User**

**From:** Jim Mitchell
**Sent:** Thursday, December 02, 2004 4:51 PM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: PROPANE TANK

The cleaner should know that the tank can not be stored inside the store, can you guys get this resolved? Jim

-----Original Message-----
**From:** **Store 014 Store PC**
**Sent:** Thursday, December 02, 2004 4:35 PM
**To:** Facilities; Jim Mitchell
**Cc:** Dave Bellumori
**Subject:** PROPANE TANK

JIM,
NEU SOLUTIONS LEAVES THE PROPANE TANK IN MY OFFICE. I WOULD LIKE FOR THE FLOOR CLEANER MAN TO TAKE IT WITH HIM. I ASKED BOTH NEU SOLUTIONS AND THE FLOOR CLEANER MAN TO TAKE CARE OF THIS PROBLEM BUT, THE TANK IS STILL IN MY OFFICE. CAN YOU ASK THEM NICELY TO START TAKING IT AWAY WHEN NOT IN USE? THANKS! ALAN @ #14

**EA User**

**From:** Jim Mitchell
**Sent:** Friday, November 19, 2004 9:12 AM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: floor service missed

-----Original Message-----
**From:** **Store 015 Store PC**
**Sent:** Friday, November 19, 2004 8:45 AM
**To:** Jim Mitchell
**Cc:** Dave Bellumori
**Subject:** floor service missed

Jim,

I am without floor service again, for the third time since my arrival to take over store 15 on Oct 28.
I now have several issues.

1. It does not seem to be getting better. We are missing an average of one service a week.
2. I had a meeting scheduled with Neu Solutions this week to resolve this, and no one showed up.
3. I am scrambling on a warehouse freight day to put out mdse, clean the floors and bathrooms, and open one half hour earlier than usual.
   This only punishes my customers. I should be focused on my $30,000 sales day.

Can you Help?

John Pope
#15

cc Dave Bellumori

**EA User**

**From:** Store 015 Store PC
**Sent:** Monday, November 01, 2004 6:05 PM
**To:** Jim Mitchell
**Cc:** Dave Bellumori
**Subject:** FLOOR CREW

HI JIM,

3RD DAY IN MY NEW STORE AND NO CALL NO SHOW FLOOR CREW.

I CALLED NUE SOLUTIONS AT 8:00 AM AND WAS TOLD THE PERSON THAT HANDLES OUR ACCOUNT WAS OUT AND SHE WOULD CALL ME BACK WHEN SHE GOT IN. AT 4:30 PM, RAY GOT A CALL FROM THEM AND THE PERSON STATED "JOHN CALLED WITH SOME PROBLEM, WHAT IS IT?" HE TOLD THEM WE HAD NO FLOOR SERVICE TODAY, AND SHE SAID SHE WOULD MAKE SOME CALLS. AS OF 6:00 PM, I HAVE NO RESOLUTION.

AS WE DISCUSSED IN STORE 78, FLOOR CREW ISSUES ARE COMMON PLACE IN RETAIL, HOWEVER I AM ONCE AGAIN APALLED AT NUE SOLUTIONS LACK OF CONCERN. CAN YOU ME?

THANKS

JOHN POPE

STORE 15

## EA User

**From:** Jim Mitchell
**Sent:** Monday, December 20, 2004 8:23 AM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: FLOOR SERVICE

Randi & Rick.....I don't understand, I thought we had a new contractor in here that Matt trained? This has got to stop, it's been going on now for weeks....Jim

-----Original Message-----
**From:** **Store 016 Store PC**
**Sent:** Saturday, December 18, 2004 9:00 AM
**To:** Jim Mitchell; Denise Neill
**Cc:** John Schrenk
**Subject:** FLOOR SERVICE

JIM,

NO SERVICE 12/16 12/17 12/18 WHEN WILL THIS END. PLEASE SEE THAT WE ARE NOT BILLED FOR MONTHS OF NOV OR DEC WE HAD NO MORE THAN 4 DAYS OF SERVICE IN TWO MONTHS. THIS FIRM OWES US MONEY.

**Tracking:**

| Recipient | Read |
|---|---|
| Randi Newman (E-mail) | |
| Richard Miguel (E-mail) | |
| Denise Neill | Read: 12/20/2004 8:52 AM |

## EA User

**From:** Jim Mitchell
**Sent:** Wednesday, January 05, 2005 3:43 PM
**To:** John Schrenk
**Cc:** Les H. Gordon; Jason M. Cesare
**Subject:** RE: Store #16 Floor Service

John,

The Billing for November had been submitted prior to the conversation you had with Rick,
I will make the adjustments on their final bill, sorry about the over sight....Jim

-----Original Message-----
**From:** **John Schrenk**
**Sent:** Wednesday, January 05, 2005 3:07 PM
**To:** Jim Mitchell
**Cc:** Jason M. Cesare; Les H. Gordon; Store 016 Cash PC; Store 016 Store PC
**Subject:** Store #16 Floor Service

Hi Jim,

Per my phone conversation with Matt Miguel in late November, Store #16 was to receive no floor maintenance charges
for the month of November. We were, however, charged $1,297 for the month. Please correct this as we received no service fro
11/20 - 11/27 and very poor service the rest of the month with over ten "no show" days.I know Mgr Randy Powell has talked to you concerning this subject and was assured that there would be no charge for the month (November).
Also, keep in mind that we had no service from 12/8 - 12/22 in the month of December. Please charge the store in
accordance with actual days serviced.

Thanks for your help,
John Schrenk

**Tracking:**

| Recipient | Read |
|---|---|
| John Schrenk | Read: 1/6/2005 2:26 PM |
| Les H. Gordon | Read: 1/5/2005 3:53 PM |
| Jason M. Cesare | Read: 1/5/2005 7:28 PM |

**EA User**

**From:** Jim Mitchell
**Sent:** Wednesday, November 24, 2004 8:42 AM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: FLOOR SERVICE

-----Original Message-----
**From:** **Store 016 Store PC**
**Sent:** Wednesday, November 24, 2004 7:28 AM
**To:** Jim Mitchell
**Cc:** John Schrenk
**Subject:** FLOOR SERVICE

JIM
I HAVE NOT HEARD BACK FROM MY CALLS. WE HAVE NOT HAD FLOOR SERVICE FOR THREE WEEKS. NEW SOLUTIONS HAS ONLY SENDING A PERSON FROM A TEMP AGENCY. THE FIRST PERSON GOT 1 DAY TRAINING.
HE COULD HAVE PROBABLY DONE THE JOB WITH A LITTLE TRAINING BUT WAS NEVER ABLE TO COMPLETE THE JOB.
HE IS GONE AND FOR THE PAST WEEK THEY SENT A TEMP WITH NO KNOWLEDGE OR TRAINING . ALL THIS PERSON HAS DONE IS SWEEP THE FLOOR. I HAVE TALKED TO NEW SOLUTION AND RICK MIGEL PERSONALLY. HE AND HIS FIRM HAS MADE ALL SORTS OF PROMISES TO TAKE CARE OF THIS BUT NOTHING HAS BEEN DONE. I INFORMED HIM THAT I HAD NO INTENTION OF PAYING FOR THIS WEEKS SERVICE. (PLEASE SEE THAT WE ARE NOT CHARGED) I BELEIVE THIS FIRM IS NOT CAPABLE OF PROVIDING SERVICE AT THIS LOCATION. WILL YOU OR MAT WE SEARCH FOR A NEW SERVICE CONTRACTOR. IF THERE IS ANYTHING OR ANY ONE I CAN CONTACT TO FIX THIS PLEASE LET ME KNOW. AT THIS POINT WE WOULD NEED TO SCRUB THE ENTIRE STORE AND AND START OVER. AS YOU KNOW THIS WILL BE A SUSTANTIAL EXPENSE JUST IN THE MANPOWER TO MOVE THE MERCHANDISE IN THE STORE TODAY WOULD BE HUNDREDS OF DOLLARS NOT INCLIDING THE CLEANING. I FEEL ALL OF THIS SHOULD BE CHARGED TO NEW SOLUTIONS SINCE THEY MADE IT NECESSARY. PLEASE GET BACK TO ME.
RANDY

## EA User

**From:** Store 016 Store PC
**Sent:** Wednesday, December 22, 2004 11:12 AM
**To:** Jim Mitchell; Denise Neill
**Subject:** FLOOR SERVICE

JIM, THERE WAS A PERSON HERE TODAY . NO ONE WAS HERE TO SHOW HIM WHAT TO DO. WAS ABLE TO SWEEP, MOP, DO RESTROOMS, CLEAN DOOR GLASS, VAC, DID NOT BUFF CLEAN LOUNGE OR CLASSROOM
RANDY

**EA User**

**From:** Store 016 Store PC
**Sent:** Wednesday, November 24, 2004 7:28 AM
**To:** Jim Mitchell
**Cc:** John Schrenk
**Subject:** FLOOR SERVICE

JIM
I HAVE NOT HEARD BACK FROM MY CALLS. WE HAVE NOT HAD FLOOR SERVICE FOR THREE WEEKS. NEW SOLUTIONS HAS ONLY SENDING A PERSON FROM A TEMP AGENCY. THE FIRST PERSON GOT 1 DAY TRAINING.
HE COULD HAVE PROBABLY DONE THE JOB WITH A LITTLE TRAINING BUT WAS NEVER ABLE TO COMPLETE THE JOB.
HE IS GONE AND FOR THE PAST WEEK THEY SENT A TEMP WITH NO KNOWLEDGE OR TRAINING . ALL THIS PERSON HAS DONE IS SWEEP THE FLOOR. I HAVE TALKED TO NEW SOLUTION AND RICK MIGEL PERSONALLY. HE AND HIS FIRM HAS MADE ALL SORTS OF PROMISES TO TAKE CARE OF THIS BUT NOTHING HAS BEEN DONE. I INFORMED HIM THAT I HAD NO INTENTION OF PAYING FOR THIS WEEKS SERVICE. (PLEASE SEE THAT WE ARE NOT CHARGED) I BELEIVE THIS FIRM IS NOT CAPABLE OF PROVIDING SERVICE AT THIS LOCATION. WILL YOU OR MAT WE SEARCH FOR A NEW SERVICE CONTRACTOR. IF THERE IS ANYTHING OR ANY ONE I CAN CONTACT TO FIX THIS PLEASE LET ME KNOW. AT THIS POINT WE WOULD NEED TO SCRUB THE ENTIRE STORE AND AND START OVER. AS YOU KNOW THIS WILL BE A SUSTANTIAL EXPENSE JUST IN THE MANPOWER TO MOVE THE MERCHANDISE IN THE STORE TODAY WOULD BE HUNDREDS OF DOLLARS NOT INCLIDING THE CLEANING. I FEEL ALL OF THIS SHOULD BE CHARGED TO NEW SOLUTIONS SINCE THEY MADE IT NECESSARY. PLEASE GET BACK TO ME.
RANDY

**EA User**

**From:** Store 016 Cash PC
**Sent:** Saturday, December 11, 2004 1:08 PM
**To:** Jim Mitchell
**Cc:** Denise Neill; John Schrenk
**Subject:** floor service

JIM,
JUST TO MAKE YOU AWARE WE HAD NO FLOOR SERVICE SAT 12/11. MATT MIGEL WAS HERE ON FRI 12/10 TO TRAIN THE NEW PERSON , THAT PERSON DIDNT SHOW UP SO HE WAS VERY AWARE THAT NO BODY WOULD BE HERE TODAY, BUT HE DIDNT BOTHER TO MAKE ANY ARRANGEMENTS. CAN WE PLEASE GET RID OF NEW SOULTION. THEY MUST HAVE VIOLATED THIER CONTRACT BY NOW. I NEED HELP!!! ICANT KEEP USING YHE PEOPLE THAT ARE SUPPOSE TO STOCK THE STORE TO CLEAN THE FLOORS & RESTROOM EVERY MORNING. CAN YOU HELP?

RANDY

**EA User**

**From:** Jim Mitchell
**Sent:** Tuesday, November 30, 2004 9:49 AM
**To:** Richard Miguel (E-mail)
**Subject:** FW: NU SOLUTIONS

Rick,

JP is Jack Parker, CEO of the company......FYI Jim

-----Original Message-----
**From:** **Mike Doto**
**Sent:** Monday, November 29, 2004 9:21 AM
**To:** Jim Mitchell
**Subject:** FW: NU SOLUTIONS

-----Original Message-----
**From:** Store 017 Store PC
**Sent:** Monday, November 29, 2004 8:11 AM
**To:** Jim Mitchell
**Cc:** Robert Thomas; Mike Doto
**Subject:** NU SOLUTIONS

JIM, NU SOLUTION IS NOT THE SOLUTION FOR THIS STORE. I UNDERSTAND THERE IS A COMPANY WIDE SAVINGS WITH THE FLOOR CLEANING EXPENSE BY USING THIS COMPANY, BUT SOME OF THAT SAVINGS IS COMING AT STORE #17'S EXPENSE IN TERMS OF FLOOR AND DAILY MAINTENANCE STANDARDS.

THE SERVICE WAS MARGINAL IN THE BEGINNING WITH THE FIRST SUB-CONTRACTOR AND IS NON-EXISTANT WITH THE SECOND SUB-CONTRACTOR. THE FIRST CONTRACTOR TOTALLY SCREWED UP THE SCRUB AND WAX PROGRAM, WHICH BY THE WAY TOOK ONE WEEK TO FINISH. THE FLOORS DID SHINE WHEN FINISHED, BUT THEY WAXED OVER DIRT. THE SECOND SUB-CONTRACTOR THEY HAVE HIRED IS THE SAME ONE THROWN OUT OF STORE #82. DOES THAT MAKE SENSE? THE NEW SUB WAS TO WORK OVERNIGHT FRIDAY NIGHT TO GET THE FLOORS IN ACCEPTABLE CONDITION FOR J.P.. NO ONE SHOWED UP UNTIL 6:30AM ON SATURDAY.

J.P. WAS HERE SATURDAY AND WE TOOK A LOOK AT THE SERVICE THAT NU SOLUTIONS IS PROVIDING.

I NEVER HAD TO BE THIS INVOLVED OR CONCERNED WITH THIS ASPECT OF OUR BUSINESS UNTIL WE FIXED WHAT WAS NOT BROKEN.

YOU WOULD NEVER TRY TO SELL YOUR HOME WITH DIRTY FLOORS OR BATHROOMS, SO WHY SHOULD WE TRY TO SELL MERCHANDISE WITH THESE ISSUES?

IT IS NOW 8AM AND NO SERVICE, MAYBE MY STANDARDS ARE TOO HIGH, BUT I DO NOT THINK SO AND OUR CUSTOMERS AND TEAM MEMBERS DESERVE BETTER.

YOUR TRULY,
FRUSTRATED RICK

## EA User

**From:** Store 019 Store PC
**Sent:** Monday, November 08, 2004 1:41 PM
**To:** Jim Mitchell; Mike Kott
**Subject:** FLOOR SCRUB

JIM ON 10/31/2004 WE WERE SCHEDULED FOR A FLOOR SCRUB. NUE SOLUTIONS WERE NO SHOWS FOR THIS SCRUB . I CALLED NUE SOLUTIONS MON. WED. AND THURS. WAS TOLD WED. SOMEONE WOULD BE OUT THURS. TO SET A DATE . NOTHING HAPPENED ON THURS. . WE NEED THIS SCRUB BEFORE THANKSGIVING CAN YOU HELP US. THANKS, JOE ZIEGLER

**Nancy Moeller**

**From:** Store 021 Cash PC
**Sent:** Monday, December 06, 2004 10:01 AM
**To:** Nancy Moeller
**Subject:** Floor Service

Hi Nancy,

Floor Service issues with the following stores:

Store #16 - First service was a disaster - very poor work. New service supposed to start today. No one showed.Very limited service last three weeks.
Talked to Rick Miguel -Neu Solutions last week to schedule an immediate scrub. No one has called myself or Randy P.
Was told we would get scrub for free and last month service for free but NEED SERVICE TO DO THEIR JOB.
These floors are the worst that I have.

Store #21 - Set Up Scrub to be done two weeks ago - told afew days prior that this was a mistake and they had no one to do it.
Floors are in very bad shape - service could not possibly bring them up to standard.
Was called last Friday to setup a scrub for either 12/13 or 12/20 - We told them we had early am trucks on Tuesdays -- THEY WILL GET BACK TO US.....

Store #36 - Badly needed a scrub - Service showed up last night to mop and scrub floors - Did not put wax down.
Second company contacted store last night and said they are to put two coats of wax down Thursdaynight --- They did not know about first company. Manager rates daily crew 1 - 2 Daily - Has not been contacted for resolution.

**EA User**

**From:** Randi Newman [rnewman@neu-solutions.com]
**Sent:** Friday, January 07, 2005 1:25 PM
**To:** 'Jim Mitchell'
**Cc:** Rick Miguel; Jackie Horne
**Subject:** RE: AC Moore Store 22

Jim,

This is the status update for Store # 22(Nanuet, NY). Jackie spoke to Tony, the store manager, this morning. Tony informed us that the contractor ran out of propane this morning. Jackie immediately got on the phone with the contractor and confirmed that propane and supplies will be delivered to the store tomorrow.

Please let me know if you need any additional information in regards to this location or any others in the chain.

Regards,
Randi L. Newman
Customer Service Manager
Neu Solutions
800-286-9016 ext 101
-----Original Message-----
From: Jim Mitchell [mailto:JimM@acmoore.com]
Sent: Friday, January 07, 2005 11:55 AM
To: Randi Newman (E-mail)
Subject: AC Moore Store 22

Friday, January 07, 2005

Randi,

I received a call from store 22 stating the cleaner can not get propane or the supplies he needs to clean the floors. The store manager said he had contacted Neu-Solutions himself and nothing has happened. Please let me know what is being done to get them the supplies and propane needed. Thank you...Jim Mitchell

**EA User**

**From:** Jim Mitchell
**Sent:** Friday, November 19, 2004 10:20 AM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: poor floor service

-----Original Message-----
**From:** **Store 026 Store PC**
**Sent:** Friday, November 19, 2004 10:14 AM
**To:** Jim Mitchell; Jack Robinson; Store 015 Store PC; Store 062 Store PC
**Subject:** poor floor service

Jim,

A number of my stores are expressing dissatisfaction with our new floor service. Not showing up for scheduled services...poor service...etc.

When a store schedules an over night job they have to go through a lot of floor clearing and other prep work to get ready for the service crew. When the crew fails to show up it's a pure waste of time and effort.

Please correct these situations for us.

Thanks...Dave

## EA User

**From:** Jim Mitchell
**Sent:** Saturday, December 04, 2004 12:58 PM
**To:** Store 026 Store PC
**Cc:** Dave Bellumori
**Subject:** RE: Floor service

Dave,

I have just gotten off the phone with Neu-Solutions to get this rectified. I wish the store had been sending in the tickets, they could have noted the problem on the first day so it didn't get let go for 4 days....I've also expressed to look at a better contractor for the store...Jim Mitchell

-----Original Message-----
**From:** **Store 026 Store PC**
**Sent:** Saturday, December 04, 2004 8:10 AM
**To:** Jim Mitchell
**Subject:** Floor service

Jim,

This is Dave B. I'm in store 26 and I wanted to relay a situation to you. New Solutions instructed our floor care man to have his propane tank refilled at Home Depot (rather than at the place he had been getting them refilled previously). The proplem is that Home Depot doesn't refill...they exchange. The result was that the new tank isn't compatible with the buffer...end result...no buffing for 4 days now and a floor that looks like crap.

This outfit is a very poor replacement for what we had before...and it's really getting old.

Dave

**Tracking:**

| Recipient | Read |
|---|---|
| Store 026 Store PC | Read: 12/4/2004 1:25 PM |
| Dave Bellumori | Read: 12/4/2004 2:43 PM |

**EA User**

**From:** Store 026 Store PC
**Sent:** Saturday, December 04, 2004 8:10 AM
**To:** Jim Mitchell
**Subject:** Floor service

Jim,

This is Dave B. I'm in store 26 and I wanted to relay a situation to you. New Solutions instructed our floor care man to have his propane tank refilled at Home Depot (rather than at the place he had been getting them refilled previously). The proplem is that Home Depot doesn't refill...they exchange. The result was that the new tank isn't compatible with the buffer...end result...no buffing for 4 days now and a floor that looks like crap.

This outfit is a very poor replacement for what we had before...and it's really getting old.

Dave

**EA User**

**From:** Randi Newman [rnewman@neu-solutions.com]
**Sent:** Thursday, November 04, 2004 11:39 AM
**To:** 'Jim Mitchell'
**Subject:** RE: BUFFER DOWN

Jim,
I just got off the phone with the repairman and the ETA is that he will be out to the site in the AM. I will keep you updated if anything changes.

Regards,
Randi

-----Original Message-----
From: Jim Mitchell [mailto:JimM@acmoore.com]
Sent: Thursday, November 04, 2004 11:24 AM
To: Randi Newman (E-mail)
Subject: FW: BUFFER DOWN

Randi,

Can we get a better Idea of when we will get the buffer repaired...Thanks
Jim

-----Original Message-----
From: Jim Mitchell
Sent: Thursday, November 04, 2004 11:23 AM
To: Store 035 Cash PC
Subject: RE: BUFFER DOWN

Phil,

Thanks for the update...I had to ask the questions because some of the stores aren't using the tickets....I will get an eta on the buffer repair today...Jim

-----Original Message-----
From: Store 035 Cash PC
Sent: Thursday, November 04, 2004 10:18 AM
To: Jim Mitchell
Cc: John Sweeney; Store 035 Cash PC
Subject: FW: BUFFER DOWN

-----Original Message-----
From: Jim Mitchell
Sent: Tuesday, November 02, 2004 1:38 PM
To: Store 035 Cash PC
Subject: RE: BUFFER DOWN

HI JIM, 11-04-04

1. WE DID WRITE IT ON THE DAILY.
2. THE SUB CONTRACTOR , BRUCE DID COME IN THE NEXT DAY, AND NEW SOLUTIONS CALLED.
3. HE COULD NOT FIX IT.
4. NEXT DAY, NEW SOLUTIONS CALLED AND I THEN SENT YOU AN EMAIL WHEN THEY HAD NO TIME FRAME FOR REPAIR.

WE DO FOLLOW THE PROGRAM AND WILL CONTINUE TO FOLLOW UP.

TODAY WE DID GET A BUFFER TO USE UNTIL OURS IS FIXED.

THANKS FOR YOUR FOLLOW UP,

PHIL

Phil,

Neu Solutions has arranged to have a loaner buffer at your store for Thursday being that tomorrow is you're off day for cleaning. They will continue to work to get your machine fixed. If the buffer goes out again please note it on the daily ticket so we don't let 4 days past, now with that said did you call 4 days ago to Neu Solutions to get this resolved and it's taken 4 days? Thanks Jim

-----Original Message-----
From: Store 035 Cash PC
Sent: Tuesday, November 02, 2004 12:49 PM
To: Jim Mitchell
Cc: Store 035 Cash PC; John Sweeney
Subject: BUFFER DOWN

HI JIM,

OUR FLOOR BUFFER IS BROKEN, THE FLOOR COMPANY CAN NOT FIX IT . 11-1-04 . NEU SOLUTIONS CALLED TODAY AND SAID THAT ONLY ONE MAN KNOWS HOW TO FIX OUR BUFFER , BAD NEWS HE IS SICK .

THEY WILL TRY TO FIND SOMEONE AS SOON AS POSSIBLE. IT HAS BEEN 4 DAYS .

THANK YOU, FOR YOUR FOLLOW UP.

FYI, PHIL, 35 BROCKTON , MASS

**EA User**

**From:** Store 035 Store PC
**Sent:** Thursday, December 16, 2004 2:19 PM
**To:** Jim Mitchell
**Cc:** John Sweeney; Store 035 Store PC
**Subject:** NUE SOLUTIONS

12-16- 04
HI JIM,

RICK SET UP A OVERNIGHTER WITH BRUCE THE SUB CONTRACTOR LAST SUNDAY NITE. 12-12-04

THE FLOOR NOW HAS A EVEN SHINE , THE FLOOR IS STILL NOT CLEAN AND WHITE. BUT THE OVERALL APPEARANCE OF THE STORE HAS IMPROVED. OUR FLOOR PRINT OF MERCHANDISE IS TOO LARGE TO DO A STRIP-OUT NOW.

RICK HAS SET UP A STRIP OUT FOR JAN. TO CORRECT THE PROBLEM . AT NO CHARGE TO THE STORE.

AS I STATED BEFORE I DON'T HAVE A PROBLEM WITH BRUCE AND TOM THE DAILY PERSON , BUT I DO HAVE A PROBLEM
WITH A POOR FLOOR THAT IS A RESULT OF A SERVICE WE PAY FOR.

I EXPLAINED TO RICK MY REQUEST FOR THE FLOOR CARE AND HE HAS HANDLED THIS IN A PROFESSIONAL MANNER.

FYI,
PHIL 35 BROCKTON

**EA User**

**From:** Jim Mitchell
**Sent:** Monday, December 06, 2004 1:34 PM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: SCRUB AND WAX 11-21-04

-----Original Message-----
**From:** **Store 035 Store PC**
**Sent:** Monday, December 06, 2004 12:08 PM
**To:** Jim Mitchell; John Sweeney
**Cc:** Store 035 Cash PC
**Subject:** FW: SCRUB AND WAX 11-21-04

HI JIM , IT WAS A NO SHOW DEC 5 TH -- WE SHOULD OF HAD THE CLEANING CO. COME BACK AND FIX THE FLOOR.

ALSO CAN YOU LOOK INTO MY OCT CHARGE FOR FLOOR CARE----- 2703 AGAINST A BUDGET OF 990. THIS IS UP 3146 FOR THE YEAR. THANK YOU , PHIL

-----Original Message-----
**From:** Store 035 Store PC
**Sent:** Monday, November 22, 2004 8:34 PM
**To:** Jim Mitchell
**Cc:** John Sweeney; Store 035 Cash PC
**Subject:** SCRUB AND WAX 11-21-04

HI JIM,
FYI -- WE HAD A SCRUB OUT SUNDAY NITE . THIS IS A NO CHARGE JOB.

THE FLOOR CAME OUT OVERALL IN POOR CONDITION. THE SCRUBBER DIED AFTER 45MINS. SO THE CREW
JUST WAXED THE FLOOR == SHINY DIRT . PLUS AREAS THAT WERE JUST MISSED.

MY ASSOCIATE MGR DID TELL NUE SOLUTIONS, WHEN THEY CALLED, ABOUT THE BAD JOB.
THEY WERE TO RETURN A CALL TO ME , BUT I HAVE NOT HEARD FROM THEM.

THE SUB CONTRACTOR BRUCE DID COME IN AND HE SAID HE WILL RE- DO THE FLOOR ON DEC-5
HE SAID HE WANTS US TO BE PLEASED.
FYI,
PHIL. 35 BROCKTON

**EA User**

**From:** Jim Mitchell
**Sent:** Tuesday, November 23, 2004 8:32 AM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: SCRUB AND WAX 11-21-04

-----Original Message-----
**From:** **Store 035 Store PC**
**Sent:** Monday, November 22, 2004 8:34 PM
**To:** Jim Mitchell
**Cc:** John Sweeney; Store 035 Cash PC
**Subject:** SCRUB AND WAX 11-21-04

HI JIM,
FYI -- WE HAD A SCRUB OUT SUNDAY NITE . THIS IS A NO CHARGE JOB.

THE FLOOR CAME OUT OVERALL IN POOR CONDITION. THE SCRUBBER DIED AFTER 45MINS. SO THE CREW
JUST WAXED THE FLOOR == SHINY DIRT . PLUS AREAS THAT WERE JUST MISSED.

MY ASSOCIATE MGR DID TELL NUE SOLUTIONS, WHEN THEY CALLED, ABOUT THE BAD JOB.
THEY WERE TO RETURN A CALL TO ME , BUT I HAVE NOT HEARD FROM THEM.

THE SUB CONTRACTOR BRUCE DID COME IN AND HE SAID HE WILL RE- DO THE FLOOR ON DEC-5
HE SAID HE WANTS US TO BE PLEASED.
FYI,
PHIL. 35 BROCKTON

**EA User**

**From:** Jim Mitchell
**Sent:** Thursday, November 04, 2004 11:24 AM
**To:** Randi Newman (E-mail)
**Subject:** FW: BUFFER DOWN

Randi,

Can we get a better Idea of when we will get the buffer repaired...Thanks Jim

-----Original Message-----
**From:** **Jim Mitchell**
**Sent:** Thursday, November 04, 2004 11:23 AM
**To:** Store 035 Cash PC
**Subject:** RE: BUFFER DOWN

Phil,

Thanks for the update...I had to ask the questions because some of the stores aren't using the tickets....I will get an eta on the buffer repair today...Jim

-----Original Message-----
**From:** **Store 035 Cash PC**
**Sent:** Thursday, November 04, 2004 10:18 AM
**To:** Jim Mitchell
**Cc:** John Sweeney; Store 035 Cash PC
**Subject:** FW: BUFFER DOWN

-----Original Message-----
**From:** Jim Mitchell
**Sent:** Tuesday, November 02, 2004 1:38 PM
**To:** Store 035 Cash PC
**Subject:** RE: BUFFER DOWN

HI JIM, 11-04-04

1. WE DID WRITE IT ON THE DAILY.
2. THE SUB CONTRACTOR , BRUCE DID COME IN THE NEXT DAY, AND NEW SOLUTIONS CALLED.
3. HE COULD NOT FIX IT.
4. NEXT DAY, NEW SOLUTIONS CALLED AND I THEN SENT YOU AN EMAIL WHEN THEY HAD NO TIME FRAME FOR REPAIR.

WE DO FOLLOW THE PROGRAM AND WILL CONTINUE TO FOLLOW UP.
TODAY WE DID GET A BUFFER TO USE UNTIL OURS IS FIXED.
THANKS FOR YOUR FOLLOW UP,
PHIL

Phil,

Neu Solutions has arranged to have a loaner buffer at your store for Thursday being that tomorrow is you're off day for cleaning. They will continue to work to get your machine fixed. If the buffer goes out again please note it on the daily ticket so we don't let 4 days past, now with that said did you call 4 days ago to Neu Solutions to get this resolved and it's taken 4 days? Thanks Jim

-----Original Message-----
**From:** **Store 035 Cash PC**

**Sent:** Tuesday, November 02, 2004 12:49 PM
**To:** Jim Mitchell
**Cc:** Store 035 Cash PC; John Sweeney
**Subject:** BUFFER DOWN

HI JIM,

OUR FLOOR BUFFER IS BROKEN, THE FLOOR COMPANY CAN NOT FIX IT . 11-1-04 . NEU SOLUTIONS CALLED TODAY AND SAID THAT ONLY ONE MAN KNOWS HOW TO FIX OUR BUFFER , BAD NEWS HE IS SICK .

THEY WILL TRY TO FIND SOMEONE AS SOON AS POSSIBLE. IT HAS BEEN 4 DAYS .

THANK YOU, FOR YOUR FOLLOW UP.

FYI, PHIL, 35 BROCKTON , MASS

**EA User**

**From:** Jim Mitchell
**Sent:** Thursday, December 02, 2004 1:47 PM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: Floor Care

Randi,

Can I get an update as to what is being done in store 36? You need a new contractor there immediately. Jim Mitchell

-----Original Message-----
**From:** **Store 036 Store PC**
**Sent:** Thursday, December 02, 2004 9:39 AM
**To:** Jim Mitchell
**Cc:** John Schrenk
**Subject:** Floor Care

Jim, We need your help.
Nue Solutions has not been doing an acceptable job at our store for over a month, I feel, because they are not doing the job daily, little by little the floors have deteriorated to the point they are today. At first I contacted the supervisor for the subcontractor to resolve the issues, this has had no results. I have had conversations with NUE Solutions and someone was to come out to look at the store, but they never showed up. Another conversation about the problem has not changed anything, we are still without resolve. I am asking that you get involved in this matter so that we can get our store up to standards before the foul weather hits and then there is no way to fix the problem until spring.

Regards,
Gary

**EA User**

**From:** Jim Mitchell
**Sent:** Thursday, November 11, 2004 9:17 AM
**To:** Richard Miguel (E-mail)
**Subject:** FW: FLOOR CLEANING SERVICE STORE 45

-----Original Message-----
**From:** **Store 045 Store PC**
**Sent:** Thursday, November 11, 2004 9:13 AM
**To:** Jim Mitchell
**Cc:** Jack Robinson
**Subject:** FLOOR CLEANING SERVICE STORE 45

JIM, STORE 45 JUST HAD A STRIP AND WAX SERVICE 2 WEEKS AGO. THE FLOOR IS ALREADY IN POOR CONDITION. THIS SERVICE IS IN ADDITION TO A SCRUB AND RECOAT THAT WAS JUST DONE 4 TO 6 WEEKS BEFORE THE STRIP.WE HAVE SPENT A LOT OF MONEY TO GET THIS FLOOR UP TO STANDARD AND THE RESULTS ARE UNACCEPTABLE. PLEASE GET BACK TO ME AND LET ME KNOW WHAT NU SOLUTIONS IS GOING TO DO TO CORRECT THIS PROBLEM. I DO NOT FEEL THAT WE SHOULD PAY FOR EITHER ONE OF THESE JOBS. ALSO, IN GENERAL THE FLOORS THROUGHOUT MY AREA ARE NOT UP TO PREVIOUS STANDARDS.

THANKS,
BOB MCANDREW

**Store #43 Floor Service Issues**

1. No floor service for over 1 week after the former Blue Chip personal resigned.
2. Only 4 days service the week of Thanksgiving.
3. Cleaning crew member caught on tape stealing from store.
4. Cleaning crew personal downloaded material to store PC to enable chat service.
5. Floors not being cleaned properly, for example burnishing not being done, mopping of the floor is incomplete in highly soiled areas of the store
6. Team member not properly trained on how to use buffer, burned the floor with the buffer, and removed the wax from the floor by not properly using the equipment.
7. Contacted Theresa from Neu Solutions and Richard from local contractor and have not had any resolution.

**Nancy Moeller**

**From:** Store 045 Store PC
**Sent:** Monday, December 06, 2004 6:24 AM
**To:** Nancy Moeller
**Subject:** RE: URGENT _ please print out for Field VP in your store

store 45 issues had strip n wax done about six weeks ago and already losing shine on floor. looks like they didn't put enough wax down or the brand they used is wearing off

-----Original Message-----
**From:** Nancy Moeller
**Sent:** Monday, December 06, 2004 9:06 AM
**To:** Store 003 Store PC; Store 002 Store PC; Store 054 Store PC; Store 045 Store PC; Store 001 Store PC
**Subject:** URGENT _ please print out for Field VP in your store

Hi

Larry would like a list of issues that you have with our new cleaning service at the stores.

Please email your responses to me today for his review.

Thanks

Nancy

**From:** Store 048 Store PC
**Sent:** Monday, December 06, 2004 9:33 AM
**To:** Store 043 Store PC
**Subject:** floor service

The issues with the floor cleaning service is as follows:

When Nue Solutions took over we had our regular floor care person hired by their sub-contractor. He quit after four weeks, his reasons were that he did not get paid on a regular basis and his check was held up a couple of times. After Steve, my regular guy, quit, I had no person for about two weeks. The sub-contractor would send in help and they would clean the bathrooms and sweep the floor, but they were scared of the buffer. A new guy was hired and was put into the store with no training. He did not know how to use a buffer and would buff over dirt and debris. He used a dirty pad and put swirls into the floors. I took pictures and e-mailed them to Nue-Solutions and Jim Mitchell. He was then fired after me complaining for two weeks. A third person was hired. AGAIN no training. the daily service tickets that have been sent in have been getting progressively worse. I call Jim Mitchell at least every other day. I have been promised a new contractor from Nue Solutions, but still no results. I have kept the daily service tickets since the latest person has started.
11/17/04 mopping and buffing floors 1 hour after store is open. floors are very poor rating 1
11/21/04 sweeping and mopping around floor mats. bathrooms poor rating 1
11/23/04 POOR!!!!!!!!!!!!!!!!!!!!
11/24/04 UNACCEPTABLE
11/26/04 showed up late floors were swept and lobby vac. by store personnel overall service satisfaction 1
11/29/04 floors not swept, buffed over dirt, bathrooms unsatisfactory "
1
11/30/04 floors getting worse, bathrooms terrible
12/1/04 UNACCEPTABLE buffed with dirty pad and swirls are now in main drive aisle store personnel had to clean restrooms
12/2/04 FLOORS ARE VERY POOR. RESTROOMS ARE NOT BEING CLEANED AT ALL. STORE PERSONNEL ARE CLEANING RESTROOMS.
12/03/**04 FLOORS ARE RUINED....BATHROOMS FILTHY.. RATING "0"**

**I WILL FORWARD PICTURES OF MY FLOOR I SENT TO NUE SOLUTIONS IN EARLY NOVEMBER. FLOORS ARE TEN TIMES WORSE NOW.**

## EA User

**From:** Store 048 Store PC
**Sent:** Tuesday, November 09, 2004 7:35 PM
**To:** Jim Mitchell
**Subject:** FW: Fran's hickory mess

Paul K. Told me to make you aware of this situation. I have been on the phone all day with Teresa from Nue-solutions as well as with my sub-contractor. Floors are a mess and I have a Larry Fine Visit on Thursday Morning. I will probably need a scrub in the near future, but I do not feel it is something I should have to pay for since their person ground the dirt into my floor. My floors have not been washed or buffed properly in over a week. They have a temporary fix for me until they find a new person for this store, but as you can see from the pictures a scrub will definitely be in order.

any questions ... call me.

Fran

-----Original Message-----
**From:** Store 048 Cash PC
**Sent:** Tuesday, November 09, 2004 4:38 PM
**To:** Store 048 Store PC
**Subject:** FW: Fran's hickory mess

-----Original Message-----
**From:** Store 048 Cash PC
**Sent:** Tuesday, November 09, 2004 3:00 PM
**To:** 'pie_geegee@yahoo.com'; 'tpage@nue-solutions.com'
**Subject:** Fran's hickory mess

floors 001.jpg floors 002.jpg floors 003.jpg floors 005.jpg

dirt left after buffing. two stripes

down each side of main drive aisle.

middle never

was buffed. also dirt still left in asile.

marks left after he buffed

swirl marks left from buffer

if you look closely you can see

floors 006.jpg floors 007.jpg

this is clean?????

swirls to left of dirt is streaks left from buffer.

This is just a few examples on how bad my floors look. He is mopping around the floor mats. Sweeping is not being done correctly. ie: mopped office floor before it was even swept. pile of dirt in picture #1 was after he buffed, never swept or damp mopped before he buffed, so all the merchandise had to be cleaned off.

**I NEED HELP.....**

**EA User**

**From:** Store 049 store PC
**Sent:** Wednesday, October 27, 2004 9:26 AM
**To:** Jim Mitchell
**Cc:** Robert Thomas
**Subject:** Floor Strip

Jim,
I have been in contact with Neu Solutions and they are sending a supervisor out to look at this job. They have done a poor job on this very important task.
Thanks, Rob

## EA User

**From:** Jim Mitchell
**Sent:** Thursday, November 11, 2004 10:50 AM
**To:** Richard Miguel (E-mail)
**Subject:** FW: Floor cleaning service:

We talked about this yesterday....What is the answer here? Jim

-----Original Message-----
**From:** **Store 053 Store PC**
**Sent:** Thursday, November 11, 2004 10:40 AM
**To:** Jim Mitchell
**Cc:** Robert McAndrew; Jack Robinson
**Subject:** Floor cleaning service:

Jim,

I am very upset about the condition of my floors and the money I am wasting on floor cleaning.

The first subcontractor that Neu Solutions provided had no help who spoke English. The second was a subcontractor of another subcontractor and could not provide anyone we could communicate with. The third subcontractor is based in Asheville, NC (on the other end of the state) and provided an employee who could not be here by 7 AM and could not get the floors cleaned and buffed by the time we opened.

This week I contacted the third subcontractor and was promised help that could arrive on time and get the job done. I have not received any additional help from him. I contacted Neu Solutions and told them about the problem and they promised to get me help. I received no follow-up call from them and no additional help. I contacted Denise Neill and she assured me that she would get me help. I received no follow-up call from her.

This floor cleaning arrangement is unacceptable. The appearance of my floors does not reflect the image that we work so hard to present to our customers. Last month I saved $25 on floor cleaning compared to the same month last year. I would gladly pay the additional $25 to have the quality of service that I expect.

My temporary fix for this problem is to have my stockroom manager to sweep, mop, and buff the floors. Please contact me with the details of how you will resolve this problem.

Dan
Store #53
Raleigh, NC

**Nancy Moeller**

**From:** Store 054 Store PC
**Sent:** Monday, December 06, 2004 9:36 AM
**To:** Nancy Moeller
**Subject:** FW: URGENT _ please print out for Field VP in your store

-----Original Message-----
**From:** Store 035 Store PC
**Sent:** Monday, December 06, 2004 11:48 AM
**To:** John Sweeney
**Cc:** Store 035 Cash PC; Store 054 Store PC
**Subject:** FW: URGENT _ please print out for Field VP in your store

-----Original Message-----
**From:** Store 054 Store PC
**Sent:** Monday, December 06, 2004 9:18 AM
**To:** Store 025 Store PC; Store 030 Store PC; Store 032 Store PC; Store 035 Store PC; Store 037 Store PC; Store 063 Store PC; Store 069 Store PC; Store 079 Store PC; Store 083 Store PC
**Subject:** FW: URGENT _ please print out for Field VP in your store

HI JOHN,
THE FLOOR IS NOT CLEAN.
WE HAD A HEAVY SCRUB AND WAX 2 WEEKS AGO . THEY DID A POOR JOB. THE MACHINE WASNT CHARGED
SO THEY WAXED OVER THE FLOOR ENCASING THE DIRT INTO THE FLOOR. THE SHINEY DIRT PROGRAM.
I SENT A EMAIL TO THE OFFICE. THE SCRUB WAS TO BE A NO CHARGE SCRUB OUT. AS DISCUSSED WITH
NUE SOLUTIONS.

BRUCE TALKED TO THE SERVICE CO. NUE SOLUTIONS THE DAY AFTER, TOLD THEM WE DID NOT
LIKE THE JOB. THEY SAID THEY WOULD CALL ME BACK . I DID NOT GET A CALL BACK. THE SUB CONTRACTOR
CAME IN THE NEXT DAY SAID HE WAS SORRY , AND WOULD DO THE FLOOR OVER ON DEC. 5 TH .

NEWS UPDATE DEC. 6TH ------- NO SHOW DEC, 5 TH.

THE DAILY SLIP -- I TOLD EVERYONE TO WRITE " FLOOR POOR " ON THEM FOR THE LAST WEEK .
NO ONE HAS CALLED US OR STOP IN. I THINK -- THEY ONLY USE THE SLIP SO WHEN YOU HAVE A PROBLEM OR

COMPLAIN THEY CAN CHECK TO SEE IF WE FILLED OUT THE DAILY FORM. SO THEY HAVE AN EXCUSE. BECAUSE NO ONE READS OR REACTS.
OUR PART OF THE PROGRAM IS TO PAY THE BILL WHICH IS IN OCT $1700 HIGHER THAN MY BUDGET AND $3146 UP FOR THE YEAR. TOM THE DAILY PERSON DOES A GOOD JOB CLEANING THE BATHROOMS AND SWEEPS .
BUT HE EVEN SAYS THAT HE HAS NOTHING TO WORK WITH.
PHIL 35 BROCKTON

-----Original Message-----
**From:** Nancy Moeller
**Sent:** Monday, December 06, 2004 9:06 AM

**Nancy Moeller**

**From:** Store 054 Store PC
**Sent:** Monday, December 06, 2004 9:36 AM
**To:** Nancy Moeller
**Subject:** FW: URGENT _ please print out for Field VP in your store

-----Original Message-----
**From:** Store 069 Store PC
**Sent:** Monday, December 06, 2004 10:48 AM
**To:** Store 054 Store PC
**Subject:** RE: URGENT _ please print out for Field VP in your store

We would like a new vaccum cleaner.

-----Original Message-----
**From:** Store 054 Store PC
**Sent:** Monday, December 06, 2004 9:18 AM
**To:** Store 025 Store PC; Store 030 Store PC; Store 032 Store PC; Store 035 Store PC; Store 037 Store PC; Store 063 Store PC; Store 069 Store PC; Store 079 Store PC; Store 083 Store PC
**Subject:** FW: URGENT _ please print out for Field VP in your store

-----Original Message-----
**From:** Nancy Moeller
**Sent:** Monday, December 06, 2004 9:06 AM
**To:** Store 003 Store PC; Store 002 Store PC; Store 054 Store PC; Store 045 Store PC; Store 001 Store PC
**Subject:** URGENT _ please print out for Field VP in your store

Hi

Larry would like a list of issues that you have with our new cleaning service at the stores.

Please email your responses to me today for his review.

Thanks

Nancy ***[Store 054 Store PC]*** if any stores have issues they would like to have adressed, please e-mail me back a.s.a.p. . Review your stores daily work sheets and be specific on any issues presented. thanks, john

**Nancy Moeller**

**From:** Store 054 Store PC
**Sent:** Monday, December 06, 2004 9:36 AM
**To:** Nancy Moeller
**Subject:** FW: URGENT _ please print out for Field VP in your store

-----Original Message-----
**From:** Store 037 Store PC
**Sent:** Monday, December 06, 2004 10:36 AM
**To:** Store 054 Store PC
**Subject:** RE: URGENT _ please print out for Field VP in your store

John,
The biggest issue for us is the lack of communication between their corporate office and us. We do occasionally get a phone call from thir office when we note an issue on our faxed paperwork, but we do not get monthly visits as was told to us at the onset of this program. Daily communication with the cleaner is difficult because of the language barrier, but he generally does a good job cleaning.
Pat

-----Original Message-----
**From:** Store 054 Store PC
**Sent:** Monday, December 06, 2004 9:18 AM
**To:** Store 025 Store PC; Store 030 Store PC; Store 032 Store PC; Store 035 Store PC; Store 037 Store PC; Store 063 Store PC; Store 069 Store PC; Store 079 Store PC; Store 083 Store PC
**Subject:** FW: URGENT _ please print out for Field VP in your store

-----Original Message-----
**From:** Nancy Moeller
**Sent:** Monday, December 06, 2004 9:06 AM
**To:** Store 003 Store PC; Store 002 Store PC; Store 054 Store PC; Store 045 Store PC; Store 001 Store PC
**Subject:** URGENT _ please print out for Field VP in your store

Hi

Larry would like a list of issues that you have with our new cleaning service at the stores.

Please email your responses to me today for his review.

Thanks

Nancy ***[Store 054 Store PC]*** if any stores have issues they would like to have adressed, please e-mail me back a.s.a.p. . Review your stores daily work sheets and be specific on any issues presented. thanks, john

**Nancy Moeller**

**From:** Store 054 Store PC
**Sent:** Monday, December 06, 2004 9:37 AM
**To:** Nancy Moeller
**Subject:** FW: URGENT _ please print out for Field VP in your store

-----Original Message-----
**From:** Store 063 Store PC
**Sent:** Monday, December 06, 2004 9:35 AM
**To:** Store 054 Store PC
**Subject:** FW: URGENT _ please print out for Field VP in your store

-----Original Message-----
**From:** Store 054 Store PC
**Sent:** Monday, December 06, 2004 9:18 AM
**To:** Store 025 Store PC; Store 030 Store PC; Store 032 Store PC; Store 035 Store PC; Store 037 Store PC; Store 063 Store PC; Store 069 Store PC; Store 079 Store PC; Store 083 Store PC
**Subject:** FW: URGENT _ please print out for Field VP in your store

Hello John,
We are still trying to get a second scrub to fix the first one that they did and we have trouble getting supplies.
Thanks
Pete
# 63

-----Original Message-----
**From:** Nancy Moeller
**Sent:** Monday, December 06, 2004 9:06 AM
**To:** Store 003 Store PC; Store 002 Store PC; Store 054 Store PC; Store 045 Store PC; Store 001 Store PC
**Subject:** URGENT _ please print out for Field VP in your store

Hi

Larry would like a list of issues that you have with our new cleaning service at the stores.

Please email your responses to me today for his review.

Thanks

Nancy ***[Store 054 Store PC]*** if any stores have issues they would like to have adressed, please e-mail me back a.s.a.p. . Review your stores daily work sheets and be specific on any issues presented. thanks, john

**EA User**

**From:** Store 056 Store PC
**Sent:** Friday, November 05, 2004 8:00 AM
**To:** Jim Mitchell
**Subject:** RE: Nue Solutions

Jim,

I faxed a request in to Nue Solutions on October 15th requesting a scrub out on the evening of October 22. I received no reply from them regarding this. However the following week they called and wanted to know if the floor looks any better. I told them no one showed up. I have not received a phone call explaining what happened. I don't believe they made any attempt to get a crew for the scrub out. It is getting to close to Thanksgiving for them to complete a scrub out. Could you please follow up for me as I would like to have one done the evening on November 12th. I need to know because we will have to take merchandise off the floor and I will not pull it unless the crew is coming. If they just show up with no contact they will not be allowed to work.

Please advise
Thanks
Rich
56

## EA User

**From:** Store 063 Store PC
**Sent:** Monday, November 01, 2004 12:00 PM
**To:** Jim Mitchell
**Cc:** John Sweeney
**Subject:** neu solutions

Hello Jim,

I need to let you know, that I am not happy with neu solutions. First of all they keep shorting my cleaning guy 2 hrs every week in pay. I am probably going to loss him and I am NOT HAPPY about that. Phil has been with me since we opened the store. and does a great job for me. Also I had a scrub done on Saturday night and I am not happy with it, they were to use 2 coats of wax and it seem as the only place that got two coats were the main aisle. We always have to call about getting supplies. This company does not impress me at all. I rather have blue chip at least they played my guy.
Thank you,
Pete
# 63

**EA User**

**From:** Store 064 Store PC
**Sent:** Monday, January 03, 2005 9:33 AM
**To:** Jim Mitchell
**Subject:** Neu Solutions

Jim,

As you are probably aware, we have continually been experiencing issues with our floor care and cleaning service. Since last Tuesday, no one has shown up to service our store in any fashion. Tomorrow will be one week since anyone besides an AC Moore team member has swept the salesfloor, cleaned the restrooms, or performed any of the other numerous janitorial services required to keep our store functioning properly. Numerous calls to Neu Solutions have yielded absolutely no results, including several conversations with Rick, the president of Neu Solutions. I have done my best to resolve this issue directly with him, but have been unable to do so.

Could you please assist me in resolving our janitorial services issues?

Thank you,

Seth

**EA User**

**From:** Jim Mitchell
**Sent:** Monday, January 03, 2005 9:50 AM
**To:** Randi Newman (E-mail)
**Subject:** FW: Neu Solutions

-----Original Message-----
**From:** **Store 064 Store PC**
**Sent:** Monday, January 03, 2005 9:33 AM
**To:** Jim Mitchell
**Subject:** Neu Solutions

Jim,

As you are probably aware, we have continually been experiencing issues with our floor care and cleaning service. Since last Tuesday, no one has shown up to service our store in any fashion. Tomorrow will be one week since anyone besides an AC Moore team member has swept the salesfloor, cleaned the restrooms, or performed any of the other numerous janitorial services required to keep our store functioning properly. Numerous calls to Neu Solutions have yielded absolutely no results, including several conversations with Rick, the president of Neu Solutions. I have done my best to resolve this issue directly with him, but have been unable to do so.

Could you please assist me in resolving our janitorial services issues?

Thank you,

Seth

## EA User

**From:** Jim Mitchell
**Sent:** Tuesday, January 04, 2005 4:04 PM
**To:** Store 067 Store PC
**Subject:** RE: Floor service for store #67

Ed,

We've terminated the contract with Neu-Solutions but they are suppose to supply service until the end of the month. I have them in here tomorrow, I will discuss your store with them. The person you had for 2 days, how long ago was that? I will see what I can do to get you some service in the mean time...Jim

-----Original Message-----
**From:** **Store 067 Store PC**
**Sent:** Tuesday, January 04, 2005 3:59 PM
**To:** Jim Mitchell
**Subject:** Floor service for store #67

Jim, we have been without floor service for about 4 weeks here. We had one person for 2 days who never ran the buffer. As you can imagine our floors are suffering, we mop and sweep but it looks terrible. Everytime I contact New Solutions (about every other day) I either get the response "we will call you back and let you know before 5pm" (which never happens) or I am told "we are in the process of getting someone right now". With us going back to regular payroll hours I cannot afford the time it takes to have one of our hourly team members do the service for them. Please help me out. Thanks, Ed@#67.

**Tracking:**

| Recipient | Read |
| --- | --- |
| Store 067 Store PC | Read: 1/4/2005 4:08 PM |

**EA User**

**From:** Jim Mitchell
**Sent:** Tuesday, January 04, 2005 4:10 PM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: Floor service for store #67

-----Original Message-----
**From:** **Store 067 Store PC**
**Sent:** Tuesday, January 04, 2005 3:59 PM
**To:** Jim Mitchell
**Subject:** Floor service for store #67

Jim, we have been without floor service for about 4 weeks here. We had one person for 2 days who never ran the buffer. As you can imagine our floors are suffering, we mop and sweep but it looks terrible. Everytime I contact New Solutions (about every other day) I either get the response "we will call you back and let you know before 5pm" (which never happens) or I am told "we are in the process of getting someone right now". With us going back to regular payroll hours I cannot afford the time it takes to have one of our hourly team members do the service for them. Please help me out. Thanks, Ed@#67 <mailto:Ed@#67>.

**EA User**

**From:** Store 067 Store PC
**Sent:** Tuesday, January 04, 2005 3:59 PM
**To:** Jim Mitchell
**Subject:** Floor service for store #67

Jim, we have been without floor service for about 4 weeks here. We had one person for 2 days who never ran the buffer. As you can imagine our floors are suffering, we mop and sweep but it looks terrible. Everytime I contact New Solutions (about every other day) I either get the response "we will call you back and let you know before 5pm" (which never happens) or I am told "we are in the process of getting someone right now". With us going back to regular payroll hours I cannot afford the time it takes to have one of our hourly team members do the service for them. Please help me out. Thanks, Ed@#67.

## EA User

**From:** Jim Mitchell
**Sent:** Wednesday, December 15, 2004 11:27 AM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: floor pictures and bathroom condition.

Randi,

I understand that store 73 has requested wax for the store? I know why you guys don't want to send it but I must tell you from the looks of these pictures the floors need more than wax...Jim

-----Original Message-----
**From:** **Store 073 Store PC**
**Sent:** Wednesday, December 15, 2004 11:06 AM
**To:** Denise Neill; Jim Mitchell
**Subject:** floor pictures and bathroom condition.

***[Store 073 Store PC]*** Greetings,

From #73

Here is the condition of the floors and bathroom. As you can see the bare spots, this is why we need wax.

Here are the Floor Pictures as per request.

Thanks Again;
Frank Brady Store 73

floor pictures 019.jpg   floor pictures 020.jpg   floor pictures 021.jpg   floor pictures 022.jpg   floor pictures 023.jpg

***[Store 073 Store PC]***

floor pictures 024.jpg   floor pictures 001.jpg   floor pictures 002.jpg   floor pictures 003.jpg   floor pictures 004.jpg   floor pictures 005.jpg   floor pictures 006.jpg

floor pictures 007.jpg   floor pictures 008.jpg   floor pictures 009.jpg   floor pictures 010.jpg   floor pictures 011.jpg   floor pictures 012.jpg   floor pictures 013.jpg

floor pictures 014.jpg   floor pictures 015.jpg   floor pictures 016.jpg   floor pictures 017.jpg   floor pictures 018.jpg

**EA User**

**From:** Jim Mitchell
**Sent:** Wednesday, November 17, 2004 6:03 PM
**To:** Store 074 Store PC
**Subject:** RE: Re: Floor Service

Jon,

I just got off the phone with Rick Miguel at Neu Solutions, he is calling you to confirm the 21st. I will follow up to insure this gets done…Jim

-----Original Message-----
**From:** **Store 074 Store PC**
**Sent:** Wednesday, November 17, 2004 5:27 PM
**To:** Jim Mitchell
**Subject:** Re: Floor Service

**Hello Jim,**

**Just wanted to get you in the loop as to the problems I am having with Neu Solutions. I scheduled a scrub for Sunday November 9th overnight. We moved a lot of power panel stacks and some tables around to prepare for the scrub. Well no call, no show. I called Teresa on Monday November 10th and she apologized and we rescheduled another shot on Sunday November 21st overnight. I have called her 3 times since to confirm this date and she has not returned my calls, but promises to have someone here for the scrub. I know that Blue Chip has contracted out this work at other stores. Is it possible to bypass Neu Solutions all together and give the work to another contractor.**

**Thanks,**

**Jon Lange**

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | Store 074 Store PC | Read: 11/17/2004 6:25 PM |

**EA User**

**From:** Jim Mitchell
**Sent:** Monday, November 22, 2004 8:46 AM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: Re: FLOOR SCRUB

-----Original Message-----
**From:** **Store 074 Store PC**
**Sent:** Monday, November 22, 2004 8:23 AM
**To:** Jim Mitchell
**Cc:** Dave Bellumori
**Subject:** Re: FLOOR SCRUB

Hello Jim,

Just wanted to let you know what transpired last night with regards to the scrub. The contractor shows up with his wife at 6:00 pm to inspect store. I said how many more are coming? He said its just us. They were told that the square footage was a little more than Auto Zone, somewhere around 17,000 sq ft. I have told everyone from the beginning that this building is almost 24,000 sq. ft., even Rick Miguel the other day. The contractors wife told me she had to be at work this morning at 7 am in Columbus Ohio, 4 hours away and wanted to know who was staying overnight with them. Well needless to say I knew that the job was not going to get done. I gave them my phone number for emergency purposes. Well, to make a long story short the contractor calls me at 9:30pm at home and says they did not bring enough wax, because they were figuring on a smaller job. The contractor put one coat on the floor. The contractor did not touch the hallway, offices, classroom or break room. The floor looks a lot better than when they started, but you know as well as I that one coat is not going to last long. It was a lot of work moving all the power panel stacks and multiple other stacks due to the time of the year, and this is the second time we have done this. The first was a no call, no show. I do not want to pay full price for this service. As a side note, the contractor exchanged his older bucket and ringer for our newer one. Our cleaning guy pointed it out 1st thing this morning.

Thanks,

Jon

**EA User**

**From:** Store 079 Store PC
**Sent:** Wednesday, November 10, 2004 12:14 PM
**To:** Jim Mitchell
**Subject:** CLEANING PROBLEM

JIM,
THIS IS THE FORTH TIME SINCE SATURDAY THAT I HAVE HAD A PROBLEM WITH THE CLEANING COMPANY. NO ONE SHOWED UP ON SATURDAY (SECOND SATURDAY IN A ROW NO ONE SHOWED UP). THEY SENT IN A NEW GUY THIS WEEK BUT HE IS NOT FILLING OUT THE FORM AND HAS NOT BEEN CLEANING THE OFFICE/BATHROOMS/CLASSROOM OR BREAK ROOM. I HAVE ASK FOR SOMEONE TO CALL ON MY LAST THREE SERVICE TICKETS AND HAVE RECEIVED NO RESPONSE. PLEASE TAKE CARE OF THIS MATTER FOR ME.
THANKS, RON (STORE 79)

**EA User**

**From:** Jim Mitchell
**Sent:** Friday, December 03, 2004 11:57 AM
**To:** Denise Neill
**Subject:** FW: Floor service

Denise will you print this for me...Jim

-----Original Message-----
From: Store 081 Store PC
Sent: Friday, December 03, 2004 11:14 AM
To: Jim Mitchell
Subject: FW: Floor service

-----Original Message-----
From: Dave Bellumori
Sent: Friday, December 03, 2004 10:49 AM
To: Store 081 Store PC
Subject: RE: Floor service

Dave,

Thanks for the info. Please send a copy of this to Jim Mitchell.
Thanks,...Dave

-----Original Message-----
From: Store 081 Store PC
To: Dave Bellumori
Sent: 12/3/2004 9:36 AM
Subject: FW: Floor service

Dave we have had numerous problems with the new floor service since they took over.
The biggest problem is communication, because when there is a problem we write it on the ticket, then it sometimes takes a couple day for Neu Solutions to read it, then they call the local contractor, who then calls the cleaner.
We have had many no shows, poor service(not mopping the sales floor, not vacuuming the carpets, not barnishing)
The restrooms seem to be the biggest problems(not mopping, not emptying trash, not sanitizing)
The new program in general doesn't work, we never had these problems like this before, and we are also now on our 3rd cleaner since Neu Solutions has taken over.
regards,
Dave #81
> -----Original Message-----
>From: Store 062 Store PC
>Sent: Thursday, December 02, 2004 3:13 PM
>To: Store 001 Store PC; Store 005 Store PC; Store 009 Store PC;
>Store 014 Store PC; Store 015 Store PC; Store 020 Store PC; Store 026
>Store PC; Store 062 Store PC; Store 074 Store PC; Store 080 Store PC;
>Store 081 Store PC
>Subject: Floor service
>
>Managers...many of you have sent me issues concerning our new floor
>service. I'd like every store to take a few minutes and list up the
>issues you've had with the service. Daily no-shows. no-shows for
>scrubs, poor service, poor workmanship, unfinished jobs, rest room
>maintanence, vestibules...etc.
>
>e-mail back to me---but don't reply to this e-mail as it's coming from
>store #62's stock office...e-mail directly to me.

>
>thanks...Dave

| **Tracking:** | **Recipient** | **Read** |
| --- | --- | --- |
| | Denise Neill | Read: 12/3/2004 1:03 PM |

**EA User**

**From:** Store 081 Store PC
**Sent:** Monday, October 25, 2004 3:24 PM
**To:** Jim Mitchell
**Cc:** Dave Bellumori
**Subject:** Floor Cleaning Service

Jim,

Just wanted to bring this to your attention......Last week our cleaner did not show up on Thursday or Friday showed up on Saturday and did not show up today. I called new solutions on Friday and Terressa said she would take care of it. I spoke with Randi Newman this morning and she said she would take care of it. we had a new cleaner come in at 9:00 and he will be our new cleaner from here on out. But still this service needs to improve.

Thanks
John
#81

## EA User

**From:** Store 086 Store PC
**Sent:** Monday, October 18, 2004 3:02 PM
**To:** Jim Mitchell
**Subject:** FLOOR SCRUB STORE 86

JIM, WE SENT A FLOOR SCRUB REQUEST TO NEU SOLUTIONS AT LEAST 2 WEEKS AGO AND HAVE HEARS NOTHING. I PUT IT ON OUR DAILY SHEET EACH DAY AND NEVER HEAR ANYTHING. THANKS, DAVE 86

## EA User

**From:** Store 086 Store PC
**Sent:** Friday, October 08, 2004 3:49 PM
**To:** Jim Mitchell
**Subject:** floor cleaning at store 86

the following is the situation at 86. floor buffer stated shooting sparks on tuesday of this week. we called neu solution rep matt, he said wait until wednesday i will call the floor guy at 6 am. he never did. i called him at 8am he said he forgot our number. i called his father to get the ball moving . he contacted a local floor cleaning company to pick up the machine. they picked it up on thursday and started looking at it on friday. he said by early next week we should have the machine back. is this acceptable to not have a machine for a week. these guys were full of promises now they are full of excuses. we are on our second cleaner since they took over and matt never comes to the store. when they took over he said he would be here once a month.we have also sent in a scrub request. atleast when a machine broke the other company brought in a new machine. these guys are so far away that isnt even a thought. thanks, dave 86

## EA User

**From:** Store 092 Store PC
**Sent:** Monday, December 13, 2004 8:59 AM
**To:** Denise Neill
**Cc:** Jim Mitchell
**Subject:** RE: Here we go again!!

Hi Denise and Jim, Just another update, Rick did call me late yesterday afternoon and asked if anyone showed up on Sunday, I told him no, he asked why I did not call him, I told him that I do not have time to keep calling him everyday. He apologized again and told me how he is trying real hard to cover my store, that he is to have someone from his company and someone from the contractor, one or the other here. I told him that it just needs to be covered and that whoever is here Monday morning that they need to continue to clean the floor and keep it looking good. There is someone here today, the lady from the contractor, so far she has mopped, will see if she buffs or not. She got here at 7:20, then they had a hard time unlocking the janitorial closet, Dana locked it and Nestor did not have a key.

Thank you, Karen

-----Original Message-----
**From:** Denise Neill
**Sent:** Monday, December 13, 2004 8:11 AM
**To:** Store 092 Store PC
**Subject:** RE: Here we go again!!

Hi Karen,

I will speak with Jim as soon as he gets in.

Thanks,
Denise

-----Original Message-----
**From:** Store 092 Store PC
**Sent:** Sunday, December 12, 2004 10:52 AM
**To:** Jim Mitchell
**Cc:** Denise Neill
**Subject:** Here we go again!!

Hello, wanted to give you an update on our "janitorial service". They did finally get the black marks off the floor on Tuesday night, but they ran out of wax, so we have some spots that are non waxed. It does look better, will just need to get the whole thing stripped and waxed after inventory. The 2 people that were here, called me at 2am that morning to tell me that they were out of wax, so I came back and let them out. I had given them my number as I knew something was not going to go right.

Thursday morning they had someone here as promised. Visit with Janet went well I think, but we did talk about some of these problems.

Saturday morning no one showed up until I called Rick at his home. The lady showed up at 10am after we had done the floors and bathroom. When I asked her why she was late, of course the answer was car problems, personally I think that she had no intentions of coming in. When I asked if someone would be here on Sunday, Rick said that he thought Sunday was our no service day, but I reminded him that he promised me 7 day service for the rest of the year for free. He said he would get back to me on Saturday, no call and no one showed up on Sunday.

Will you please find out what their problem is??and let me know?? I am really getting tired of talking to these people. Like I said last week, if they are not going to be reliable, then I will give one or two of my team members an increase and let them do it every morning or hire my own person if possible. We are already covering all the days they do not show up. Only thing would be running the buffer.

Thank you, Karen, store #92

**EA User**

**From:** Store 092 Store PC
**Sent:** Saturday, December 04, 2004 2:01 PM
**To:** Jim Mitchell
**Cc:** Denise Neill
**Subject:** RE: Again No Service

Just to update you, Rick did call me back today. Supposedly someone is to be here on Sunday. He also told me that he would give me free service, 7 days a week for the rest of the year. I told him that Janet Parker will be here on Thursday and how bad the floors look. He is suppose to call me back today or tomorrow about when they will do a scrub and buff at night this week. Thanks, Karen

-----Original Message-----
**From:** Store 092 Store PC
**Sent:** Saturday, December 04, 2004 12:15 PM
**To:** Jim Mitchell
**Cc:** Denise Neill
**Subject:** Again No Service

Just to let you know that no one showed up again today for the cleaning service. This is getting to be very tiring, having to worry about if someone will be here
or not, and then we have to rush around and get things done. Why are we having to keep worrying about all of this?? Our floors look like they are 10 years old.
There are still the burn spots all over. It needs to be stripped and redone. I have company coming on Thursday. I would really like to get this straightened out
soon. Thank you, Karen

**EA User**

**From:** Store 092 Store PC
**Sent:** Sunday, December 12, 2004 10:52 AM
**To:** Jim Mitchell
**Cc:** Denise Neill
**Subject:** Here we go again!!

Hello, wanted to give you an update on our "janitorial service". They did finally get the black marks off the floor on Tuesday night, but they ran out of wax, so we have some spots that are non waxed. It does look better, will just need to get the whole thing stripped and waxed after inventory. The 2 people that were here, called me at
2am that morning to tell me that they were out of wax, so I came back and let them out. I had given them my number as I knew something was not going to go right.
Thursday morning they had someone here as promised. Visit with Janet went well I think, but we did talk about some of these problems.
Saturday morning no one showed up until I called Rick at his home. The lady showed up at 10am after we had done the floors and bathroom. When I asked her why she was late, of course the answer was car problems, personally I think that she had no intentions of coming in. When I asked if someone would be here on Sunday, Rick said that he thought Sunday was our no service day, but I reminded him that he promised me 7 day service for the rest of the year for free. He said he would get back to me on Saturday, no call and no one showed up
on Sunday.

Will you please find out what their problem is??and let me know?? I am really getting tired of talking to these people. Like I said last week, if they are not going
to be reliable, then I will give one or two of my team members an increase and let them do it every morning or hire my own person if possible. We are already covering all the days they do not show up. Only thing would be running the buffer.

Thank you, Karen, store #92

**EA User**

**From:** Store 092 Store PC
**Sent:** Saturday, December 04, 2004 12:15 PM
**To:** Jim Mitchell
**Cc:** Denise Neill
**Subject:** Again No Service

Just to let you know that no one showed up again today for the cleaning service. This is getting to be very tiring, having to worry about if someone will be here

or not, and then we have to rush around and get things done. Why are we having to keep worrying about all of this?? Our floors look like they are 10 years old.

There are still the burn spots all over. It needs to be stripped and redone. I have company coming on Thursday. I would really like to get this straightened out

soon. Thank you, Karen

**From:** Store 096 Store PC
**Sent:** Monday, December 06, 2004 9:39 AM
**To:** Store 043 Store PC
**Subject:** floor care issues

#1- to start, floor tiles were very poorly laid do to the fact of the concrete being very uneven.
#2- not enough coats of wax were put down before we opened.
#3-floor crew does not know what they are doing.
#4-mopping with dirty water, not buffing, when they do buff they are buffing dirt into the wax.
#5- being a brand new store we had to have a deep scrub done because the floors were so dirty and they did not do a good job at all with the scrub, they missed alot of dirty spots throughout the store and then waxed over these spots. thanks jimmy

**EA User**

**From:** Jim Mitchell
**Sent:** Monday, November 22, 2004 4:50 PM
**To:** Store 096 Store PC
**Subject:** RE: floors

Jimmy,

I'm in contact with Neu Solutions now and I am working to get them to set up your scrub for you...Jim Mitchell

-----Original Message-----
**From:** **Store 096 Store PC**
**Sent:** Monday, November 22, 2004 4:17 PM
**To:** Jim Mitchell
**Subject:** floors

HEY JIM, I SPOKE TO NEU SOLUTIONS LAST WEEK ABOUT MY FLOORS BUT STILL HAVE NOT HEARD ANYTHING. WE ARE DESPARATELY NEEDING A GOOD SCRUB. IF THERE IS ANYWAY YOU CAN HELP US OUT WE WOULD GREATLY APPRECIATE IT. THANKS JIMMY

**Tracking:**

| Recipient | Read |
|---|---|
| Store 096 Store PC | Read: 11/22/2004 4:50 PM |

**EA User**

**From:** Jim Mitchell
**Sent:** Tuesday, November 23, 2004 8:34 AM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: NEU SOLUTIONS

-----Original Message-----
**From:** **Denise Neill**
**Sent:** Tuesday, November 23, 2004 8:25 AM
**To:** Jim Mitchell
**Subject:** FW: NEU SOLUTIONS

Jim,

I've already spoke to Rick in regards to this. He is on his way here.

Denise

-----Original Message-----
**From:** Store 098 Store PC
**Sent:** Tuesday, November 23, 2004 7:58 AM
**To:** Denise Neill
**Subject:** NEU SOLUTIONS

DENISE,

WE HAVE NOT RECEIVED ANY CLEANING "CHEMICALS" FROM NEU SOLUTIONS. ALSO, THE CLEANING GUY DOES ***NOT USE THE PROPANE BUFFER.***
HE DOSEN'T SPEAK ENGLISH.

ALSO, ARE THEY AWARE THAT WE OPEN EARLY ON FRIDAY AND SATURDAY?

THANKS,
STEVE
STORE 98

## EA User

**From:** Jim Mitchell
**Sent:** Monday, December 06, 2004 11:52 AM
**To:** Richard Miguel (E-mail)
**Subject:** FW: NEU SOLUTIONS ISSUES! -- THE ONGOING SAGA!

**Importance:** High

-----Original Message-----
**From:** **Robert Thomas**
**Sent:** Monday, December 06, 2004 11:17 AM
**To:** Nancy Moeller
**Cc:** Mike Doto; Jim Mitchell
**Subject:** NEU SOLUTIONS ISSUES! -- THE ONGOING SAGA!
**Importance:** High

Neu Solution problems.doc

THANKS
BOB

A.C. MOORE

General Office • Distribution Center
130 A.C. Moore Drive • Berlin, NJ 08009
PHONE: (856) 768-4930 • FAX: (856) 753-4723

TO: Mike Doto

From: Nancy Moeller

Date: December 6, 2004

Re: Cleaning Service

---

**Earl Hayes**:
Cleaning service is terrible. They don't follow up. Floors are in deplorable condition.
Store 61 – they dud and scrub and re-coat and waxed over the dirt
Store 2 - waiting for over a month for scrub and re-coat

**Mike Kott**
Stores 10, 12 and 19 – quality and service is horrible. Floors are very dirty –lots of marks and no shine. They have asked repeatedly to fix the problem and no response

Store 19- scrubber broke down in the middle of cleaning – so they waxed over the dirt.

Store 12 and 47 – never buffed – just sweep
Store 8 – needs more man-hours due to size of store. Jim Mitchell is working on this.

**Tom Hermenau**

Stores 41 and 64 are the worse
Store 94 and 97 – never showed up for the initial service.

NO communication and no follow up. Most don't speak English. Nu solutions is the problem. Some of the individuals (st 59 and st 94) daily service are fine. The deep cleaning service is HORRIBLE. The outside contractors are horrible.

Store 41 – could be OK – no one tells him what to do – they don't fill the propane tank etc…

**

## EA User

**From:** Jim Mitchell
**Sent:** Monday, November 22, 2004 6:40 PM
**To:** Randi Newman (E-mail)
**Cc:** Richard Miguel (E-mail)
**Subject:** AC Moore

Monday, November 22, 2004

Randi,

I'm going through some of the stores tickets...I just looked **at #80** for 11/3/04 they had a 1 on restrooms and a N/A for backroom... I just want to know if you have any newer tickets that show the 1 brought up and if not I'd like for you guys to touch base with the store to see how the restroom cleaning is going...On **store 20** the last ticket in the system was 10/29/04 I noticed that the restroom was not rated at all, I want to make sure they are OK with the restrooms can you guys follow-up on this store as well...**Store 18** is constantly getting 1's for the restroom, this is unacceptable, the restrooms have got to be at least a 2, please talk with the contractor...**Store 64** needs some restroom attention and some issue with buffing based on tickets...**Store 12** had note to call about scrub and 1's on the restrooms, hopefully both of those have been addressed? **Store 71**, some needs to check their ratings, the store is written 2's GOOD but the computer log shows excellent. **Store 33**, was anything done based on the note left on ticket dated 11/1/04? Because it also appeared on 10/19/04. **Store 55** The contractor stated on 11/1/04 that his pay was incorrect, has this been resolved? **Store 36**, still appears to be some buffing issues here. **Store 21** Have we gotten the cleaner more training on the scrubber as requested? **Store 35** buffer was reported broken on 11/1/04 is it repaired? **Store 69**, has the store ordered supplies since 11/3/04 the cleaner reports needing disinfectant. **Store 79** has problems with his service date 11/13/04 needs to be addressed if it hasn't been already, No Show 0n the 15th . Store 46's ticket is shown in store 79s location. **Store 56** had noted spots under the wax on 11/13/04, has that store been scrubbed yet and if so did this resolve the problem? **Store 86** reports Still waiting on Supplies on 11/19/04

Jim Mitchell

EXHIBIT
B

**EA User**

**From:** Jim Mitchell
**Sent:** Friday, November 12, 2004 2:54 PM
**To:** Randi Newman (E-mail)
**Subject:** AC Moore

Friday, November 12, 2004

Randi,

I was reviewing a few of the tickets online and just a couple of comments to pass along. Some of the tickets are up side down and one was scanned in sideways cutting of the comments sections. Also in store #49 there was a comment about their strip, apparently the back 1/3 of the store was not done well....this ticket is dated 11/5/04 The ticket goes onto to say "as previously stated, nothings ever been done" I would like to know what action has been done to respond to this comment...Jim

**EA User**

**From:** Store 064 Store PC
**Sent:** Tuesday, January 04, 2005 6:02 PM
**To:** Jim Mitchell
**Cc:** Janet E. Parker-Vandenberg
**Subject:** FW: Neu Solutions

Jim,

Just a quick follow up to the issue I emailed you about yesterday regarding our janitorial service: I called Neu Solutions this morming and spoke with Jackie, who assured me that someone would be here today at noon to service the restrooms and from tomorrow forward at 7AM to service the whole store. She also assured me that she would call me today and again tomorrow to check on our satisfaction with the new crew. Despite her assurances, though, no one arrived today to service the restrooms. I am again asking for your assistance in resolving this ongoing issue.

Thank you for your prompt attention to this matter,

Seth

-----Original Message-----
**From:** Store 064 Store PC
**Sent:** Monday, January 03, 2005 9:33 AM
**To:** Jim Mitchell
**Subject:** Neu Solutions

Jim,

As you are probably aware, we have continually been experiencing issues with our floor care and cleaning service. Since last Tuesday, no one has shown up to service our store in any fashion. Tomorrow will be one week since anyone besides an AC Moore team member has swept the salesfloor, cleaned the restrooms, or performed any of the other numerous janitorial services required to keep our store functioning properly. Numerous calls to Neu Solutions have yielded absolutely no results, including several conversations with Rick, the president of Neu Solutions. I have done my best to resolve this issue directly with him, but have been unable to do so.

Could you please assist me in resolving our janitorial services issues?

Thank you,

Seth

**EA User**

**From:** Randi Newman [rnewman@neu-solutions.com]
**Sent:** Tuesday, November 02, 2004 8:23 AM
**To:** 'Jim Mitchell'
**Cc:** 'Richard Miguel (E-mail)'
**Subject:** RE: FLOOR CREW

Jim,

I apologize on the way this situation was handled. I was out of the office yesterday morning and when I can in I was bombarded with messages because Teresa had a family emergency. There was no reason for the call on the message. I called the store back as soon as I could. After I got off the phone with the store I contacted the contractor and called the store back and let them know I had a call out to the contractor and was waiting to hear back on the issue. The contractor made up the day of service in the store this morning.

Once again I apologize for the delay in handling this matter.

Regards,
Randi L. Newman
Customer Service Manager
Neu Solutions

-----Original Message-----
From: Jim Mitchell [mailto:JimM@acmoore.com]
Sent: Tuesday, November 02, 2004 8:03 AM
To: Randi Newman (E-mail)
Cc: Richard Miguel (E-mail)
Subject: FW: FLOOR CREW

This occurred yesterday, from my conversation with John when he called in at 8:00 someone answered the phone and said Teresa wasn't in yet but she'd relay the message...Teresa called back at 4:30 unaware of the issue...no one called him back to follow up....WHY IS FOLLOW UP SO HARD, Jim Mitchell

-----Original Message-----
From: Store 015 Store PC
Sent: Monday, November 01, 2004 6:05 PM
To: Jim Mitchell
Cc: Dave Bellumori
Subject: FLOOR CREW

HI JIM,

3RD DAY IN MY NEW STORE AND NO CALL NO SHOW FLOOR CREW.

I CALLED NUE SOLUTIONS AT 8:00 AM AND WAS TOLD THE PERSON THAT HANDLES OUR ACCOUNT WAS OUT AND SHE WOULD CALL ME BACK WHEN SHE GOT IN. AT 4:30 PM, RAY GOT A CALL FROM THEM AND THE PERSON STATED "JOHN CALLED WITH SOME PROBLEM, WHAT IS IT?" HE TOLD THEM WE HAD NO FLOOR SERVICE TODAY, AND SHE SAID SHE WOULD MAKE SOME CALLS. AS OF 6:00 PM, I HAVE NO RESOLUTION.

AS WE DISCUSSED IN STORE 78, FLOOR CREW ISSUES ARE COMMON PLACE IN RETAIL, HOWEVER I AM ONCE AGAIN APALLED AT NUE SOLUTIONS LACK OF CONCERN. CAN YOU ME?

THANKS

JOHN POPE

STORE 15

**EA User**

**From:** Jim Mitchell
**Sent:** Thursday, January 06, 2005 9:38 AM
**To:** Randi Newman (E-mail)
**Subject:** FW: Store #16 Floor Service

Randi,

There were some credits for a few days in the December Billing for the 12/8 - 12/22 period but not the Month of November...It will need to be adjusted in the January billing....Jim

-----Original Message-----
**From:** **John Schrenk**
**Sent:** Wednesday, January 05, 2005 3:28 PM
**To:** Jim Mitchell
**Cc:** Jason M. Cesare; Les H. Gordon; Store 016 Cash PC; Store 016 Store PC
**Subject:** RE: Store #16 Floor Service

Sorry , Jim --- Phone conversation was with Rick Miguel (the President of Neu Solutions) not his son, Matt.

-----Original Message-----
**From:** John Schrenk
**Sent:** Wednesday, January 05, 2005 3:07 PM
**To:** Jim Mitchell
**Cc:** Jason M. Cesare; Les H. Gordon; Store 016 Cash PC; Store 016 Store PC
**Subject:** Store #16 Floor Service

Hi Jim,

Per my phone conversation with Rick Miguel in late November, Store #16 was to receive no floor maintenance charges
for the month of November. We were, however, charged $1,297 for the month. Please correct this as we received no service fro
11/20 - 11/27 and very poor service the rest of the month with over ten "no show" days.I know Mgr Randy Powell has talked to you concerning this subject and was assured that there would be no charge for the month (November).
Also, keep in mind that we had no service from 12/8 - 12/22 in the month of December. Please charge the store in accordance with actual days serviced.

Thanks for your help,
John Schrenk

**EA User**

| | |
|---|---|
| **From:** | Jim Mitchell |
| **Sent:** | Wednesday, December 01, 2004 5:52 PM |
| **To:** | Randi Newman (E-mail); Richard Miguel (E-mail) |
| **Cc:** | Denise Neill |
| **Subject:** | FW: Still have maintence problems |

Rick,

This needs to be resolved immediately, it is evident to me this person has note been trained properly. I've decided that I'm no longer going to let this kind of thing continue to happen. I'm setting up a meeting with Horizon in the next few days to discuss taking on stores that can't seem to get resolved, like this one. It was spelled out perfectly in the bid program that the cleaning personnel would be fully trained on the program and all the equipment. This is not the case, because this isn't the first time I'm hearing that "I don't think they know what the program is" or " they said they didn't know what they had to do" I talked with Randy in store 16 about the supervisor coming to work with the new contractor next week, he tells me the supervisor is the contractor from store 55.....If this is the case then there is no way he will be able to put in the time to train this new contractor. I believe that someone from your organization should spend a week with them so you know for sure they understand the program and so you know they can do the job. I'm not going to continue down this path any longer on what I consider basic issues, like training, use of equipment, tardiness, etc. On stores like 16, 17 or 88, if remains a long term issue as these have turned out to be they will be taken out of the contract as well......Jim

-----Original Message-----
**From:** **Store 092 Store PC**
**Sent:** Wednesday, December 01, 2004 4:57 PM
**To:** Jim Mitchell
**Cc:** Denise Neill
**Subject:** Still have maintence problems

Hello, Just wanted to give you an update, that we are still having problems with our maintence guy. He showed up at 8am and did not mop or buff the floor as
he said that he did not have the time. Carl, the associate manager from 94 is here helping us, he buffed the floor this morning. I personally think that
Marco has no clue how to use the buffer as Dana had to help him with it one day. Also, the floor is looking really bad from the burn marks on the tile as it
is uneven. Dana called Randi and talked to her today about this. I also talked to Randi on Monday about the fact that we are not to have the propane
tank stored in the store. It is still here.
I was told last week that there was going to be another guy with Marco for at least a day in order for them to get the floor caught up, this also has not happened.

Marco does the trash and cleans the restrooms and vaccums the foyer, it is just the floor that we are having problems with.

Thanks, Karen, store #92

**Tracking:**

| Recipient | Read |
|---|---|
| Randi Newman (E-mail) | |
| Richard Miguel (E-mail) | |
| Denise Neill | Read: 12/2/2004 9:18 AM |

**EA User**

**From:** Randi Newman [rnewman@neu-solutions.com]
**Sent:** Monday, January 03, 2005 10:09 AM
**To:** Jim Mitchell
**Cc:** 'Jackie Horne'; Rick Miguel
**Subject:** FW: Neu Solutions

Jim,
I will look in to this issue and respond to you later today.

Regards,
Randi

-----Original Message-----
From: Jim Mitchell [mailto:JimM@acmoore.com]
Sent: Monday, January 03, 2005 9:50 AM
To: Randi Newman (E-mail)
Subject: FW: Neu Solutions

-----Original Message-----
From: Store 064 Store PC
Sent: Monday, January 03, 2005 9:33 AM
To: Jim Mitchell
Subject: Neu Solutions

Jim,

As you are probably aware, we have continually been experiencing issues with our floor care and cleaning service. Since last Tuesday, no one has shown up to service our store in any fashion. Tomorrow will be one week since anyone besides an AC Moore team member has swept the salesfloor, cleaned the restrooms, or performed any of the other numerous janitorial services required to keep our store functioning properly. Numerous calls to Neu Solutions have yielded absolutely no results, including several conversations with Rick, the president of Neu Solutions. I have done my best to resolve this issue directly with him, but have been unable to do so.

Could you please assist me in resolving our janitorial services issues?

Thank you,

Seth

**EA User**

**From:** Jim Mitchell
**Sent:** Monday, December 13, 2004 8:39 AM
**To:** Richard Miguel (E-mail); Randi Newman (E-mail)
**Subject:** FW: Here we go again!!

Here is the follow-up to the work done at Store 92...Jim

-----Original Message-----
**From:** **Store 092 Store PC**
**Sent:** Sunday, December 12, 2004 10:52 AM
**To:** Jim Mitchell
**Cc:** Denise Neill
**Subject:** Here we go again!!

Hello, wanted to give you an update on our "janitorial service". They did finally get the black marks off the floor on Tuesday night, but they ran out of wax, so we have some spots that are non waxed. It does look better, will just need to get the whole thing stripped and waxed after inventory. The 2 people that were here, called me at 2am that morning to tell me that they were out of wax, so I came back and let them out. I had given them my number as I knew something was not going to go right.

Thursday morning they had someone here as promised. Visit with Janet went well I think, but we did talk about some of these problems.

Saturday morning no one showed up until I called Rick at his home. The lady showed up at 10am after we had done the floors and bathroom. When I asked her why she was late, of course the answer was car problems, personally I think that she had no intentions of coming in. When I asked if someone would be here on Sunday, Rick said that he thought Sunday was our no service day, but I reminded him that he promised me 7 day service for the rest of the year for free. He said he would get back to me on Saturday, no call and no one showed up on Sunday.

Will you please find out what their problem is??and let me know?? I am really getting tired of talking to these people. Like I said last week, if they are not going to be reliable, then I will give one or two of my team members an increase and let them do it every morning or hire my own person if possible. We are already covering all the days they do not show up. Only thing would be running the buffer.

Thank you, Karen, store #92

**Tracking:**

| Recipient | Read |
|---|---|
| Richard Miguel (E-mail) | |
| Randi Newman (E-mail) | |
| Denise Neill | Read: 12/13/2004 9:11 AM |

**EA User**

**From:** Jim Mitchell
**Sent:** Monday, November 08, 2004 9:40 AM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: Floor Service

Rick & Randi,

I just got off the phone with Bob Thomas on this store, we need to get the daily service corrected first of all but on top of that Bob says the floors look horrible especially for a new store. I suggested to Bob that Rick and I should meet him there, he is going to be in the store on Saturday. I can make it happen, Rick can you? Jim

-----Original Message-----
**From:** **Store 008 Store PC**
**Sent:** Saturday, November 06, 2004 12:48 PM
**To:** Jim Mitchell
**Subject:** Floor Service

Jim,

Update on our floors:

1. We were scheduled for a scrub and resurface in October. Our Team had half the sales floor cleared in preparation and no one showed up to do the floors. This caused us several hours of wasted work. Nue Solutions apologized and said they would call back to reschedule and we haven't heard back since.

2. When I tried to point out some of the sub-standard work that our daily floor person was doing, he got upset and said that he can't do a good enough job in the three hours he is allotted. He is not cleaning the floors properly and this morning was actually running with the buffer to try to finish on time. Maybe he needs additional training - in my opinion, a store of this size needs additional time or maybe two people. The store is much larger than most and, being an $11 million store, we get far more traffic than an average store.

Thanks,

Tom Frailey

## EA User

**From:** Jim Mitchell
**Sent:** Saturday, December 04, 2004 12:19 PM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: Floor service

Here we go again...Jim

-----Original Message-----
**From:** **Store 026 Store PC**
**Sent:** Saturday, December 04, 2004 8:10 AM
**To:** Jim Mitchell
**Subject:** Floor service

Jim,

This is Dave B. I'm in store 26 and I wanted to relay a situation to you. New Solutions instructed our floor care man to have his propane tank refilled at Home Depot (rather than at the place he had been getting them refilled previously). The proplem is that Home Depot doesn't refill...they exchange. The result was that the new tank isn't compatible with the buffer...end result...no buffing for 4 days now and a floor that looks like crap.

This outfit is a very poor replacement for what we had before...and it's really getting old.

Dave

## EA User

**From:** Jim Mitchell
**Sent:** Monday, December 13, 2004 8:35 AM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: floor service

Guys this is unacceptable, what is going to be done? Jim

-----Original Message-----
**From:** **Store 016 Cash PC**
**Sent:** Saturday, December 11, 2004 1:08 PM
**To:** Jim Mitchell
**Cc:** Denise Neill; John Schrenk
**Subject:** floor service

JIM,
JUST TO MAKE YOU AWARE WE HAD NO FLOOR SERVICE SAT 12/11. MATT MIGEL WAS HERE ON FRI 12/10 TO TRAIN THE NEW PERSON , THAT PERSON DIDNT SHOW UP SO HE WAS VERY AWARE THAT NO BODY WOULD BE HERE TODAY, BUT HE DIDNT BOTHER TO MAKE ANY ARRANGEMENTS. CAN WE PLEASE GET RID OF NEW SOULTION. THEY MUST HAVE VIOLATED THIER CONTRACT BY NOW. I NEED HELP!!! ICANT KEEP USING YHE PEOPLE THAT ARE SUPPOSE TO STOCK THE STORE TO CLEAN THE FLOORS & RESTROOM EVERY MORNING. CAN YOU HELP?

RANDY

**Tracking:**

| Recipient | Read |
|---|---|
| Randi Newman (E-mail) | |
| Richard Miguel (E-mail) | |
| Denise Neill | Read: 12/13/2004 8:37 AM |

**EA User**

**From:** Jim Mitchell
**Sent:** Thursday, November 11, 2004 8:35 AM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: CLEANING PROBLEM

Rick & Randi,

This is unacceptable, what is being done to correct this on a permanent level? Someone is not reading or just ignoring these...Jim

-----Original Message-----
**From:** **Store 079 Store PC**
**Sent:** Wednesday, November 10, 2004 12:14 PM
**To:** Jim Mitchell
**Subject:** CLEANING PROBLEM

JIM,
THIS IS THE FORTH TIME SINCE SATURDAY THAT I HAVE HAD A PROBLEM WITH THE CLEANING COMPANY. NO ONE SHOWED UP ON SATURDAY (SECOND SATURDAY IN A ROW NO ONE SHOWED UP). THEY SENT IN A NEW GUY THIS WEEK BUT HE IS NOT FILLING OUT THE FORM AND HAS NOT BEEN CLEANING THE OFFICE/BATHROOMS/CLASSROOM OR BREAK ROOM. I HAVE ASK FOR SOMEONE TO CALL ON MY LAST THREE SERVICE TICKETS AND HAVE RECEIVED NO RESPONSE. PLEASE TAKE CARE OF THIS MATTER FOR ME.
THANKS, RON (STORE 79)

**EA User**

**From:** Jim Mitchell
**Sent:** Friday, November 12, 2004 10:29 AM
**To:** Randi Newman (E-mail)
**Subject:** AC Moore Online access

Friday, November 12, 2004

Randi,

When will I get online access to be able to start reviewing the tickets? Jim Mitchell

**EA User**

| | |
|---|---|
| **From:** | Jim Mitchell |
| **Sent:** | Monday, December 20, 2004 10:18 AM |
| **To:** | Randi Newman (E-mail); Richard Miguel (E-mail) |
| **Cc:** | Store 016 Store PC; Denise Neill |
| **Subject:** | AC Moore Store 16, Latham, NY |

Monday, December 20, 2004

See attached....Jim Mitchell

Str16Cancel.doc

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | Randi Newman (E-mail) | |
| | Richard Miguel (E-mail) | |
| | Store 016 Store PC | Read: 12/20/2004 10:18 AM |
| | Denise Neill | Read: 12/20/2004 10:18 AM |

**EA User**

**From:** Jim Mitchell
**Sent:** Tuesday, November 30, 2004 11:22 AM
**To:** Richard Miguel (E-mail); Randi Newman (E-mail)
**Subject:** AC Moore

Tuesday, November 30, 2004

I'm going through tickets and I'm alerting you guys to potential problems:

Store 81 all 1's has requested a call from Neu Solutions.

Store 80, Issue with propane storage, hasn't been resolved

Store 29, Just check in make sure all is OK.

Store 18, Restrooms are not being cleaned, this is not acceptable and check that the store is getting buffed.

Store 92, issue with propane storage and training on equipment. Needs to be addressed.

Store 64, has ticket for Store 17 showing in system.

Store 43, looks to have some issues needing to be addressed.

Store 56, is reporting dark spots under the wax....see notes No Show on the 26th/ Is this store planned for a strip after the holidays? Has it been discussed with the manager?

Store 69, had noted on 11/3/2004 needing disinfectant, has that been addressed?

Store 63, is showing tickets from store 56

Store 79, Issues 11/13/04 No show on the 15th, On a ticket listed 11/6/04 there was a request for a new cleaner...I think this is what needs to be done if it hasn't been already.

Store 33, any luck getting a scrapper for this store?

Store 16, No service Thursday, Friday or Saturday...Need New service in there ASAP...also store needs vacuum cleaner bags.

Store 36, Get a new Service in this store the current track record is unacceptable.

Store 90, No Show 11/1/04

Store 12, Follow up with the store to see how their over-all service is...

PLEASE GIVE ME AN UPDATE ON ALL THESE...Thanks Jim

## EA User

**From:** Jim Mitchell
**Sent:** Friday, December 03, 2004 4:47 PM
**To:** Richard Miguel (E-mail)
**Subject:** AC Moore Store 17

Friday, December 03, 2004

Rick,

Attached is per our conversation today on Store 17, Lancaster, PA

Jim Mitchell

termletterx.doc

**Tracking:**

| Recipient | Read |
|---|---|
| Richard Miguel (E-mail) | |
| Denise Neill | Read: 12/3/2004 5:07 PM |

**EA User**

**From:** Jim Mitchell
**Sent:** Friday, November 12, 2004 10:28 AM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** AC Moore

Friday, November 12, 2004

Randi,

I got a call from Bob Thomas letting me know that store 11 went for 4 days with no propane for the buffer. They got propane today and they did note it on the tickets....I would expect that we should see credits for partial services in the next invoicing...Jim

**EA User**

**From:** Randi Newman [rnewman@neu-solutions.com]
**Sent:** Friday, January 07, 2005 1:25 PM
**To:** 'Jim Mitchell'
**Cc:** Rick Miguel; Jackie Horne
**Subject:** RE: AC Moore Store 22

Jim,

This is the status update for Store # 22(Nanuet, NY). Jackie spoke to Tony, the store manager, this morning. Tony informed us that the contractor ran out of propane this morning. Jackie immediately got on the phone with the contractor and confirmed that propane and supplies will be delivered to the store tomorrow.

Please let me know if you need any additional information in regards to this location or any others in the chain.

Regards,
Randi L. Newman
Customer Service Manager
Neu Solutions
800-286-9016 ext 101
-----Original Message-----
From: Jim Mitchell [mailto:JimM@acmoore.com]
Sent: Friday, January 07, 2005 11:55 AM
To: Randi Newman (E-mail)
Subject: AC Moore Store 22

Friday, January 07, 2005

Randi,

I received a call from store 22 stating the cleaner can not get propane or the supplies he needs to clean the floors. The store manager said he had contacted Neu-Solutions himself and nothing has happened. Please let me know what is being done to get them the supplies and propane needed. Thank you...Jim Mitchell

**EA User**

**From:** Jim Mitchell
**Sent:** Friday, November 19, 2004 10:20 AM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: poor floor service

-----Original Message-----
**From:** **Store 026 Store PC**
**Sent:** Friday, November 19, 2004 10:14 AM
**To:** Jim Mitchell; Jack Robinson; Store 015 Store PC; Store 062 Store PC
**Subject:** poor floor service

Jim,

A number of my stores are expressing dissatisfaction with our new floor service. Not showing up for scheduled services...poor service...etc.

When a store schedules an over night job they have to go through a lot of floor clearing and other prep work to get ready for the service crew. When the crew fails to show up it's a pure waste of time and effort.

Please correct these situations for us.

Thanks...Dave

**EA User**

**From:** Jim Mitchell
**Sent:** Monday, December 20, 2004 8:23 AM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: FLOOR SERVICE

Randi & Rick.....I don't understand, I thought we had a new contractor in here that Matt trained? This has got to stop, it's been going on now for weeks....Jim

-----Original Message-----
**From:** **Store 016 Store PC**
**Sent:** Saturday, December 18, 2004 9:00 AM
**To:** Jim Mitchell; Denise Neill
**Cc:** John Schrenk
**Subject:** FLOOR SERVICE

JIM,

NO SERVICE 12/16 12/17 12/18 WHEN WILL THIS END. PLEASE SEE THAT WE ARE NOT BILLED FOR MONTHS OF NOV OR DEC WE HAD NO MORE THAN 4 DAYS OF SERVICE IN TWO MONTHS. THIS FIRM OWES US MONEY.

**Tracking:**

| Recipient | Read |
|---|---|
| Randi Newman (E-mail) | |
| Richard Miguel (E-mail) | |
| Denise Neill | Read: 12/20/2004 8:52 AM |

## EA User

**From:** Jim Mitchell
**Sent:** Wednesday, December 15, 2004 11:27 AM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: floor pictures and bathroom condition.

Randi,

I understand that store 73 has requested wax for the store? I know why you guys don't want to send it but I must tell you from the looks of these pictures the floors need more than wax...Jim

-----Original Message-----
**From:** **Store 073 Store PC**
**Sent:** Wednesday, December 15, 2004 11:06 AM
**To:** Denise Neill; Jim Mitchell
**Subject:** floor pictures and bathroom condition.

***[Store 073 Store PC]*** Greetings,

From #73

Here is the condition of the floors and bathroom. As you can see the bare spots, this is why we need wax.

Here are the Floor Pictures as per request.

Thanks Again;
Frank Brady Store 73

floor pictures 019.jpg floor pictures 020.jpg floor pictures 021.jpg floor pictures 022.jpg floor pictures 023.jpg

***[Store 073 Store PC]***

floor pictures 024.jpg floor pictures 001.jpg floor pictures 002.jpg floor pictures 003.jpg floor pictures 004.jpg floor pictures 005.jpg floor pictures 006.jpg

floor pictures 007.jpg floor pictures 008.jpg floor pictures 009.jpg floor pictures 010.jpg floor pictures 011.jpg floor pictures 012.jpg floor pictures 013.jpg

floor pictures 014.jpg floor pictures 015.jpg floor pictures 016.jpg floor pictures 017.jpg floor pictures 018.jpg

## EA User

**From:** Jim Mitchell
**Sent:** Thursday, November 11, 2004 10:50 AM
**To:** Richard Miguel (E-mail)
**Subject:** FW: Floor cleaning service:

We talked about this yesterday....What is the answer here? Jim

-----Original Message-----
**From:** **Store 053 Store PC**
**Sent:** Thursday, November 11, 2004 10:40 AM
**To:** Jim Mitchell
**Cc:** Robert McAndrew; Jack Robinson
**Subject:** Floor cleaning service:

Jim,

I am very upset about the condition of my floors and the money I am wasting on floor cleaning.

The first subcontractor that Neu Solutions provided had no help who spoke English. The second was a subcontractor of another subcontractor and could not provide anyone we could communicate with. The third subcontractor is based in Asheville, NC (on the other end of the state) and provided an employee who could not be here by 7 AM and could not get the floors cleaned and buffed by the time we opened.

This week I contacted the third subcontractor and was promised help that could arrive on time and get the job done. I have not received any additional help from him. I contacted Neu Solutions and told them about the problem and they promised to get me help. I received no follow-up call from them and no additional help. I contacted Denise Neill and she assured me that she would get me help. I received no follow-up call from her.

This floor cleaning arrangement is unacceptable. The appearance of my floors does not reflect the image that we work so hard to present to our customers. Last month I saved $25 on floor cleaning compared to the same month last year. I would gladly pay the additional $25 to have the quality of service that I expect.

My temporary fix for this problem is to have my stockroom manager to sweep, mop, and buff the floors. Please contact me with the details of how you will resolve this problem.

Dan
Store #53
Raleigh, NC

**EA User**

**From:** Jim Mitchell
**Sent:** Thursday, December 02, 2004 1:47 PM
**To:** Randi Newman (E-mail); Richard Miguel (E-mail)
**Subject:** FW: Floor Care

Randi,

Can I get an update as to what is being done in store 36? You need a new contractor there immediately. Jim Mitchell

-----Original Message-----
**From:** **Store 036 Store PC**
**Sent:** Thursday, December 02, 2004 9:39 AM
**To:** Jim Mitchell
**Cc:** John Schrenk
**Subject:** Floor Care

Jim, We need your help.
Nue Solutions has not been doing an acceptable job at our store for over a month, I feel, because they are not doing the job daily, little by little the floors have deteriorated to the point they are today. At first I contacted the supervisor for the subcontractor to resolve the issues, this has had no results. I have had conversations with NUE Solutions and someone was to come out to look at the store, but they never showed up. Another conversation about the problem has not changed anything, we are still without resolve. I am asking that you get involved in this matter so that we can get our store up to standards before the foul weather hits and then there is no way to fix the problem until spring.

Regards,
Gary