UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Neu Solutions Facilities Services, LLC

VS. CA NO. 05-06L

A.C. Moore Inc., James Mitchell, Blue Chip Services, Inc.; Infinity Cleaning Services, Inc.; Joseph J. Lombardi

**ORDER**

The plaintiff's Motion for Temporary Restraining order is denied. A hearing will be held on January 24, 2005 at 2:00 p.m. on the plaintiff's Motion for Preliminary Injunction.

ENTER:

Ronald R. Lagueux
Senior U.S. District Judge
DATED:

BY ORDER

Barbara J. Gilfillan
Deputy Clerk

FILED
2005 JAN 19 P 1:27
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

8