United States District Court
District of Rhode Island

Neu Solutions Facilities Services : CA 05-006L

v. :

AC Moore, Inc; Jamies Mitchell :
Blue Chip Services, Ltd
Infinity Cleaning Services Inc and :
Joseph Lombardi

Acceptance of Service

The undersigned attorney hereby accepts service on behalf of Blue Chip Services, Ltd., Infinity Cleaning Services Inc and Joseph Lombardi.

This document shall not be construed as an entry of appearance for the undersigned counsel.

Lawrence S. Rubin, Esquire
Attorney for Debtor
337 West State Street
Media, PA 19063
Phone No: (610) 565-6660
Fax No: (610) 565-1912

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com

9

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 1/10/05 |
|---|---|
| NAME OF SERVER (PRINT) Richard W. Howe | TITLE RI State Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): A.C. Moore Inc Store Manager Raymond Merz Accepted Service

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/11/05
Date

[signature]
*Signature of Server*

Cumberland, RI
*Address of Server*

Served Motion for Restraining Order to A.C. Moore Inc

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.