**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NEU SOLUTIONS FACILITIES SERVICES, LLC | : | |
| vs. | : | C.A. No.: 05-006L |
| A.C. MOORE INCORPORATED; JAMES MITCHELL; BLUE CHIP SERVICES, LTD; INFINITY CLEANING SERVICES, INC. and JOSEPH J. LOMBARDI | : | |

**AFFIDAVIT OF JOSEPH J. LOMBARDI**

I, Joseph J. Lombardi, after being duly sworn upon oath, depose and say as follows:

1. Blue Chip Services, LTD ("BCS") is a Delaware corporation organized in 1992 with a principal place of business in Wilmington, Delaware.

2. Infinity Cleaning Services, Inc. ("ICS") is a Delaware corporation organized in 2001 with a principal place of business in West Chester, Pennsylvania.

3. I am the president of both companies and I reside in Pennsylvania.

4. Both companies are building maintenance contractors.

5. BCS is not qualified to do business in the State of Rhode Island and has never done business in the State of Rhode Island. All revenues generated by the operations from BCS come from other states.

6. ICS is not qualified to do business in the State of Rhode Island and has never done business in the State of Rhode Island. All revenues generated by the operations from ICS come from Pennsylvania.

7. Prior to the filing of this lawsuit, I had never been to the State of Rhode Island for any business purpose. In fact, to my knowledge, I have never been to Rhode Island.

11

8. The subcontract agreement between BCS and plaintiff was executed in Wilmington, Delaware.

9. The cleaning agreement between ICS and A.C. Moore Incorporated was executed in Pennsylvania. My only contact with Rhode Island as president of BCS and ICS has been through the mail or over the telephone.

10. Neither company derives Rhode Island revenue, owns Rhode Island property, advertises in Rhode Island or has Rhode Island employees, contracts, offices, licenses, certificates or qualifications.

Joseph J. Lombardi

Sworn to and Subscribed before me this 20th day of January, 2005.

Notary Public
My Commission Expires: 2-25-07

NOTARIAL SEAL
CHARLES J. HOLLENDEN, Notary Public
Sharon Hill, Delaware County
My Commission Expires February 25, 2007



FILED
2005 JAN 21 P 1:02