AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Neu Solutions Facilities Services, Inc.

V.

A.C. Moore Inc.; James Mitchell; Blue Chip Services; Infinity Cleaning; & James Lombardi

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CA 05 006L

TO: (Name and address of Defendant)

c/o Blue Chip Services, Ltd.
Joseph J. Lombardi
P.O. Box 1100
Sharon Hill, PA 19079

1308 Chester Pike
Sharon Hill, PA
19079-1903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen R. White, Esq.
200 Centerville Road, Suite 1
Warwick, RI 02886

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1-7-05

(By) DEPUTY CLERK

13

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 1-13-05 – 11:57 AM |
| NAME OF SERVER *(PRINT)* Boyd A. Breslin | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1308 Chester Pike, Sharon Hill PA @ Joseph Lombardi

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Jan 13, 2005 [signature]

Date — *Signature of Server*

*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005 FEB -9 A 10: 21

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Index No. CA 05 006L

Neu Solutions Facilities Services, Inc.

, Plaintiff(s)

- against -

A.C. Moore, Inc.; James Mitchell; Blue Chip Services; Infinity Cleaning; & James Lombardi

, Defendant(s)

State of Pennsylvania )
) SS.:
County of Delaware )

AFFIDAVIT OF SERVICE

Boyd Breslin being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of Pennsylvania. That on 01/13/2005 at 11:57 AM at:

Blue Chip Services, LTD
c/o John Lombardi
1308 Chester Pike
Sharon Hill PA 19079

Deponent served the:

Summons In A Civil Action Plaintiff's Motion for Temporary Restraining Order for Declaratory Relief and Preliminary Injunction Pursuant to Rules 57 and 65 (a) Fed. R. Civ. P.; Plaintiff's Motion for Declaratory Reliefe and Preliminary Injunction Pursuant to Rules 57 and 65(a) Red.R. Civ. P.;Plaintiff's Memorandum in Support of Its Motion for Declaratory Relief and Preliminary Injunction Pursuant to Rules 57 and 65(a) Fed. R. Civ. P.; Verified Complaint

on Blue Chip Services, LTD

a domestic and/or foreign corporation by delivering thereat a true copy to Joseph Lambarci personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the Owner and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 47 HEIGHT: 5'10'' WEIGHT: 175 HAIR: GREY RACE: WHITE SEX: MALE

[signature]
Boyd Breslin License #

SWORN TO BEFORE ME *Jan 20, 2005*
*Lucille M [signature]*

NOTARIAL SEAL
LUCILLE M ... NOTARY PUBLIC
UPPER ... 
MY COMMISSION EXPIRES ... 2005

OUR DOC# 6065
Law Offices of Stephen R. White
200 Centerville Rd. Ste #1
Warwick RI 02886
401-732-3939

FILED
2005 FEB -9 A 10: 21
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Neu Solutions Facilities Services, Inc.

V.

A.C. Moore Inc.; James Mitchell; Blue Chip Services; Infinity Cleaning; & James Lombardi

**SUMMONS IN A CIVIL ACTION**

CA 05 006 L

CASE NUMBER:

TO: (Name and address of Defendant)

Infinity Cleaning Services, Inc.
c/o Joseph J. Lombardi
P.O. Box 1100 1308 Chester Pike
Sharon Hill, PA 19079 Sharon Hill, PA 19079

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen R. White, Esq.
200 Centerville Road, Suite 1
Warwick, RI 02886

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1-7-05

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 1-13-05 - 11:57 AM |
| NAME OF SERVER *(PRINT)* BOYD A. BRESLIN | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1308 Chester Pike Sharon Hill PA @ Joseph Lombardi

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Jan 13 2005 [signature]
Date *Signature of Server*

*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2005 FEB -9 A 10:21
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Index No. CA 05 006L

Neu Solutions Facilities Services, Inc.

, Plaintiff(s)

- against -

A.C. Moore, Inc.; James Mitchell; Blue Chip Services; Infinity Cleaning; & James Lombardi

, Defendant(s)

State of Pennsylvania )
) SS.:
County of Delaware )

AFFIDAVIT OF SERVICE

Boyd Breslin being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of Pennsylvania. That on 01/13/2005 at 11:57 AM at:

Infinity Cleaning Services, Inc.
c/o John Lombardi
1308 Chester Pike
Sharon Hill PA 19079

Deponent served the:

Summons In A Civil Action Plaintiff's Motion for Temporary Restraining Order for Declaratory Relief and Preliminary Injunction Pursuant to Rules 57 and 65 (a) Fed. R. Civ. P.; Plaintiff's Motion for Declaratory Reliefe and Preliminary Injunction Pursuant to Rules 57 and 65(a) Red.R. Civ. P.;Plaintiff's Memorandum in Support of Its Motion for Declaratory Relief and Preliminary Injunction Pursuant to Rules 57 and 65(a) Fed. R. Civ. P.; Verified Complaint

on Infinity Cleaning Services, Inc.

a domestic and/or foreign corporation
by delivering thereat a true copy to Joseph Lambarci
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the Owner and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 47 HEIGHT: 5'10'' WEIGHT: 175 HAIR: GREY RACE: WHITE SEX: MALE

Boyd Breslin License #

SWORN TO BEFORE ME Jan 20, 2004

NOTARIAL SEAL
LUCILLE M. ... PUBLIC
UPPER DARBY TWP., CO. ... DELAWARE
MY COMMISSION E... , 2005

OUR DOC# 6066
Law Offices of Stephen R. White
200 Centerville Rd. Ste #1
Warwick RI 02886
401-732-3939

FILED
2005 FEB -9 A 10: 21
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Neu Solutions Facilities Services, Inc.

V.

A.C. Moore Inc.; James Mitchell; Blue Chip Services; Infinity Cleaning; & James Lombardi

**SUMMONS IN A CIVIL ACTION**

CA 05 006L

CASE NUMBER:

TO: (Name and address of Defendant)

Joseph J. Lombardi
P.O. Box 1100
Sharon Hill, PA 19079

1308 Chester Pike
Sharon Hill, PA 19079-1903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen R. White, Esq.
200 Centerville Road, Suite 1
Warwick, RI 02886

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1-7-05

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 1-13-05 - 11-57 AM |
|---|---|
| NAME OF SERVER *(PRINT)* BOYD A BRESLIN | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1308 Chester Pike, Sharon Hill PA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Jan 13, 2005 [signature]

Date — *Signature of Server*

*Address of Server*

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT

2005 FEB -9 A 10:28

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Index No. CA 05 006L

Neu Solutions Facilities Services, Inc.

, Plaintiff(s)

- against -

A.C. Moore, Inc.; James Mitchell; Blue Chip Services; Infinity Cleaning; & James Lombardi

, Defendant(s)

State of Pennsylvania )
) SS.:
County of Delaware )

AFFIDAVIT OF SERVICE

Boyd Breslin being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of Pennsylvania. That on 01/13/2005 at 11:57 AM at:
1308 Chester Pike
Sharon Hill PA 19079

Deponent served the:

Summons In A Civil Action Plaintiff's Motion for Temporary Restraining Order for Declaratory Relief and Preliminary Injunction Pursuant to Rules 57 and 65 (a) Fed. R. Civ. P.; Plaintiff's Motion for Declaratory Reliefs and Preliminary Injunction Pursuant to Rules 57 and 65(a) Red.R. Civ. P.;Plaintiff's Memorandum in Support of Its Motion for Declaratory Relief and Preliminary Injunction Pursuant to Rules 57 and 65(a) Fed. R. Civ. P.; Verified Complaint
upon Joseph J. Lombardi, by delivering a true copy to recipient personally, deponent knew the person so served to be the person described as said recipient therein.

To the best of my knowledge, based on information and belief, the said recipient at the time of service was not engaged in the military service of the United States or Pennsylvania. Recipient wore ordinary civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 47 HEIGHT: 5'10'' WEIGHT: 175 HAIR: GREY RACE: WHITE SEX: MALE

[signature]
Boyd Breslin License #

SWORN TO BEFORE ME Jan 20, 2005
[signature]

NOTARIAL SEAL
LUCILLE M. [illegible] PUBLIC
UPPER [illegible]
MY COMMISSION [illegible] 24, 2005

OUR DOC# 6064
Law Offices of Stephen R. White
200 Centerville Rd. Ste #1
Warwick RI 02886
401-732-3939

FILED
2005 FEB -9 A 10:21
DISTRICT COURT
DISTRICT OF RHODE ISLAND