FEB 23 2005 FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NEU SOLUTIONS FACILITIES SERVICES, LLC | : | |
| vs. | : | C.A. No.: 05-006L |
| A.C. MOORE INCORPORATED; JAMES MITCHELL; BLUE CHIP SERVICES, LTD; INFINITY CLEANING SERVICES, INC. and JOSEPH J. LOMBARDI | : | |

**JOINT MOTION TO STAY PROCEEDINGS**

Now come the parties and hereby move this court to order a stay of proceedings, until further order by this court or further agreement between the parties. As grounds therefor, the parties state that they have entered into a settlement agreement which requires certain periodic payments over the next 6 months and upon the performance thereof, a stipulation of dismissal will be filed, or upon the default thereof, an agreement for judgment will be filed.

WHEREFORE, the parties respectfully request that further proceedings on the above captioned case be stayed to allow the parties to resolve this matter in accordance with the settlement agreement.

Stephen R. White, Esq.
**Attorney for Plaintiff**
200 Centerville Road, Suite 1
Warwick, RI 02886

Mark A. Pogue, Esq. #3441
Raymond M. Ripple, Esq.
**Attorneys for Defendants, A.C. Moore Incorporated and James Mitchell**
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

David M. Campbell, Esq.
**Attorney for Defendants, Blue Chip Services, Ltd., Infinity Cleaning Services, Inc. and Joseph J. Lombardi**
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

Dated: FEB 23, 2005

Granted: Ronald R. Lagueux
Sr. USDJ 2/28/05

15