**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
OCT 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

NEU SOLUTIONS FACILITIES SERVICES, LLC :

vs. : C.A. No.: 05-006L

A.C. MOORE INCORPORATED; JAMES MITCHELL; BLUE CHIP SERVICES, LTD; INFINITY CLEANING SERVICES, INC. and JOSEPH J. LOMBARDI :

**STIPULATION OF DISMISSAL**

The parties to the above captioned action, pursuant to and in accordance with the provisions of F.R.C.P. 41(a)(1)(ii), hereby stipulate that said action be dismissed, with prejudice and without cost to any party. All parties waive all rights to appeal.

Stephen R. White, Esq.
**Attorney for Plaintiff**
200 Centerville Road, Suite 1
Warwick, RI 02886

David M. Campbell, Esq.
**Attorney for Defendants, Blue Chip Services, Ltd., Infinity Cleaning Services, Inc. and Joseph J. Lombardi**
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

Mark A. Pogue, Esq.
Raymond M. Ripple, Esq.
**Attorneys for Defendants, A.C. Moore Incorporated and James Mitchell**
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Dated: 10/03, 2005

Enter: Ronald R. Lagueux
Sr. USDJ 10/18/05